(1)

PROVIDENCE SC,

FEDERAL COURT

DATE DEC, 19 2005

EDWARD EUGENE YOUNG SR, ( PRO-SE)

CASE# 03-257-T

V.

STATE OF RHODE ISLAND

MOTION TO VACATE JUDGMENT AND EXSPONGE RECORD:

Now comes the Plaintiff Edward Eugene Young Sr, In his Motion in the Pursuant to the Rhode Island General Laws, and The Federal Civil Rules and Procedure; in asking this Honorble Court, to grant his Motion for the Vacating of his Prison sentence and the Exspongment of his criminal record; do to the **undisputed fact's and Statement's of the genuine issues of his case that is before this Honorble Federal Court;** **WITH THE CASE # 03-257-T THAT IS DATED ON 8/3/05;**

certification

I Edward Eugene Young Sr, do state that a true copy of this motion has been sent to the Office Of the Attorney General, At 150 South Main Street, in Providence Rhode Island 02903, On the Day of DEC 19 2005.

TO MRS LAUREN S. ZURIER # 4496

Edward Eugene Young Sr

PLAINTIFF pro se