PROVIDENCE SC

EDWARD EUGENE YOUNG SR, (pro-se) FEDERAL COURT

V. DATE Dec, 19, 2005

STATE OF RHODE ISLAND

CASE# 03-257-T

(1)

MOTION FOR SUMMARY JUDGMENT, GENERAL LAWS, UNDER, RULE 56 (A) (C) (E) AND UNDER ALSO 12.1 (A) (D) OF THE FEDERAL RULES OF THE CIVIL PROCEDURE:

Now comes the plaintiff EDWARD EUGENE YOUNG SR, IN THE PURSUANT TO RULE 56(A) (C) (E) & RULE 12.1 (A) (D) Of the Rhode Island General Laws, and the Federal Laws of the Civil Procedure Rules; The plaintiff ask this Honorble Court, to grant his motion for the Summary Judgment, **FOR THE UNDISPUTED FACT'S AND STATEMENT'S OF THE GENUINE ISSUES OF HIS CASE THAT IS BEFORE THIS HONORBLE FEDERAL COURT: WITH THE CASE# 03-257-T THAT IS DATED ON 8/3/05;**

CERTIFICATION

I Edward Eugene Young Sr, Do certify that a true copy of the motion has been sent to the Attorney General Office, At 150 South Main Street, Providence Rhode Island 02903, On the Day Of Dec, 19 2005.

**TO MRS LAUREN S. ZURIER # 4496**

Edward Eugene Young Sr
pro-se