PROVIDENCE SC (1) FEDERAL COURT

Edward Eugene Young Sr, (pro-se) DATE DEC. 19 2005

V. CASE# 03-257-T

State of Rhode Island

MOTION FOR INJUNCTIVE RELIEF
AND
MOTION FOR A DECLARATORY JUDGMENT

RULE (57)

Now comes the Plaintiff Edward Eugene Young Sr, In the pursuant to Rule (57) of the State of Rhode Island General Law's and Procedure, The Plaintiff is asking This Honorble Court, to Grant his Motion for the Declaratory Judgment, in his Case **FOR THE UNDISPUTED FACT'S AND STATEMENT'S OF THE GENUINE ISSUES OF HIS CASE THAT IS BEFORE THIS HONORBLE COURT: WITH THE CASE # 03-257-T THAT IS DATED ON 8/3/05:**

CERTIFICATION

I Edward Eugene Young Sr, Do Certify that a true copy of this Motion have been sent to. The Attorney General Office, At 150 South Main Street Providence Rhode Island 02903, On the Day of DEC. 19 2005.
TO MRS LAUREN S. ZURIER # 4496

Edward Eugene Young Sr
PLAINTIFF (PRO-SE)