**PROVIDENCE SC.** **FEDERAL COURT**

**EDWARD EUGENE YOUNG SR,** **DATE: DEC, 19-2005**

**Vs.**

**STATE OF RHODE ISLAND**

**CASE NO. 03-257-T**

**MOTION FOR APPOINTMENT OF CIVIL ATTORNEY**

Comes now, the plaintiff Edward Eugene young Sr. in the above entiled matter and request this Honorable Court to appoint an attorney to this matter to work with the plaintiff in the above entitled matter to help him with the nrcessary motions and any other actions that may be required. It is the Civile right of this said plaintiff to ask for the said attorney in his case to be appointed to him in this civil action, and the plaintiff does state in his behalf for this motion to be granted to him by the cpurt; **WILLIAM KNIGHTON Vs JOHN C. WATKINS Et. Al.** In the United States court of appeals, Fifth Circut, on May 7, 1980; Federal Reporter F 2d 616 page 795; and the Civil rights, 13.17;

**CERTIFICATION**

I Edward Eugene Young Sr, do certify that a true copy of the motion has been sent to the attorney general office, at 150 South Main st. Providence, R.I. 02903 on this date 12/19/05

To Mrs Lauren S. Zurier # 4496

Signed Edward Eugene young Sr