STATE OF RHODE ISLAND AND THE PROVINDENCE PLANTATION

FEDERAL COURT

EDWARD EUGENE YOUNG SR: (PRO-SE)
PETITIONER

CASE NUMBER 03-257-T
DATE JANUARY 24 2006

vs.

STATE OF RHODE ISLAND ET. AL.
RESPONDENT

(1)

MOTION TO DISMISS CASE WITH PREJUDICE:
PROSECUTION FAILURE TO COMPLY, AND TO
STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED:

Now comes EDWARD EUGENE YOUNG SR, before this honorble federal court in the pursuant to 28 u.s.c. For a writ of habeas corpus 2254(pro-se) petition and Motion's before this court. the petitioner now ask this Federal Court, to dismiss this case with prejudice: And to grant all Motion's of the petitioner: Do to the prosecution failure to comply to the procedure of the Federal Court and to state a claim upon which relief can be granted, the Fedal Court Has Ordered for the State to Respond to this case and Motion's the Prosecution did not act on those demand's. And therefore, this case should be dismissed in the petitioner favor of this case, and the memorandum to this motion will support the motion to dismiss this case with prejudice, and to grant all of the Petitioner's motion's that is before this court;

EDWARD EUGENE YOUNG SR:(PRO-SE)

PETITIONER

vs.

STATE OF RHODE ISLAND ET. AL.

RESPONDENT

CASE NUMBER 03-257-T

DATE JANUARY 24 2006

MEMORANDUM OF MOTION TO DISMISS CASE

WITH PREJUDICE PROSECUTION FAILURE

TO COMPLY WITH COURT DEMAND:

Now comes EDWARD EUGENE YOUNG SR In his memorandum to this Federal court and is asking this Federal Court, To Dismiss the Case that is against him by the State of Rhode Island do to there failure to comply with the court demand's. And to State a claim upon which relief can be granted;

FACT'S OF THE PETITIONER MOTION

TO DISMISS WITH PREJUDICE AND TO

GRANT ALL OTHER MOTION'S OF PETITIONER:

(1) On the date of 8/8/05 Petitioner did put in a motion for writ of Habeas Corpus and motion to proceed, the Federal Court gave the Repondent 10, Day's for a response due on 8/22/05; It is now 110, Days over the time;

112

Motion to Vacate Judgment and Expunge record on 12/30/05; Response due on 1/12/05 nine Days to respond it is 8, Days over the time; 10

motion for summary judgment 12/30/05; response due on 1/17/06 court gave 12, Days to respond; it is 5 Days over the time; 8

motion for injunctive relief and declaratory judgment and appointment of Attorney12/30/06; response do 1/17/06 and 1/12/06 the court gave 9 Days to respond; it is 8 Days over the time; 10

(2) For the undisputed fact's and statement's of the genuine Issues of his case that is before this Honorble Federal Court,

(3) The state presented false, misleading, Incomplete testimony and critical fact;s at the state court trial and at the post- conviction of the petitioner;

(4) And the Petitioner's trier of fact's in his case, that is Dated 8/3/05 right up to Date, do show these fact's in it self; and through the state own prosecution witnesses and material; that do Violate my constitution rights.

the Petitioner, ask this court to also order that the petitioner, have no suspended time and no probation time for any reason at all; Do to the 13 Year's that he has done in prison already;

certification

I EDWARD EUGENE YOUNG SR, do certify that a true copy of this motion has been sent to the Attorney General Office, At 150 south main street, providence Rhode Island 02903. 1/26/06 To Mrs LAURAN S. ZURIER # 4496

Edward Eugene Young Sr