UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG, SR.

v. CA No. 03-257-T

STATE OF RHODE ISLAND,
ASHBEL T. WALL, Warden,
Adult Correctional Institution

**ORDER DENYING MOTIONS**

The following motions are hereby denied as they were filed in a case that was closed on January 9, 2004:

- Petitioner's motion to dismiss case with prejudice: prosecution failure to comply, and to state a claim upon which relief can be granted
- Petitioner's motion for summary judgment, general laws, under Rule 56(A)(C)(E) and under also 12.1(A)(D) of the Federal Rules of Civil Procedure
- Petitioner's motion to vacate judgment and expunge record
- Petitioner's motion for injunctive relief and motion for a declaratory judgment Rule (57)
- Petitioner's motion for appointment of civil attorney.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Feb. 7, 2006

SCANNED

21