THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG SR
PLAINTIFF

V.

STATE OF RHODE ISLAND

C.A. 03-257-T

(1)

date 2 - 14-06

MOTION FOR THE RECONSIDERATION OF THE FEBRUARY 7 2006.
ORDER OF DENYING THE MOTION'S: BY THE CHIEF JUDGE,
ERNEST C. ~~TORRES~~ TORRES

**NOW COMES** EDWARD EUGENE YOUNG SR, IN THE PURSUANT OF THE RECONSIDERATION OF A ORDER. THAT IS DENYING THE ABOVE MOTION'S: And the petitioner now pray's that this Honorble Court, will grant his motion at this time and reconsider, when now looking at the full view of this matter. Which is now presented to the Federal Court in his Memorandum in support of this motion for the reconsideration of this Of this Honorble Federal Court, and the Chief Judge Ernest C. Torres;

EDWARD EUGENE YOUNG SR,

V.

STATE OF RHODE ISLAND

CASE 03-257-T

DATE 2/14/06

MEMORANDUM OF SUPPORT OF MOTION

TO RECONSIDER FEBRUARY 7 2006

order by chief judge;

Now comes EDWARD EUGENE YOUNG SR, in his Memorandum to support his motion that is now before this Honorble Court, and pray's that this motion and Memorandum, will be granted about this said case at this time do to the **fact's that is now stated about this said case;**

FACT"S OF CASE AND PETITION THAT IS NOW AT HAND:

(1) I am typeing this to you! because I just got your order denying my motion's with the case Number 03-257-T; on Feb, 7 2006; on Feb, 13 2006;

(2) And I really don't under stand why this was done by you sir, Which makes me Believe that their has been a big misunderstanding between your Federal Court and myself. Because I have done what you said in your letter to me that was dated OCT, 18 2005; ( YOUR WORD'S) was --- I suggest that you file a petition if you believe that it is justified and at the same time file a motion to proceed in forma pauperis;

(3)"( OK)" And I have done what you said to me in your last letter;"BUT" I did use the last case number that was given to me by your Federal Court and that is the number 03-257-T ;

(4) The(new petition)section 2254 and the writ of Habeas corpus with attached momo, as well as the motion to proceed; that is on your Federal court(Docket Report) #13 #14 and # 18; (is my new petition)**that** I wanted you and your court to rule on and for me to come back in the Federal Court With these Dates of 8/08/2005 and 12/29/2005, is what I wanted to come back before you on;

(5) I thought that your Federal Court Reopened my Case under the same case # 03-257-T, When I got the Docket Report--showing that your court did get and did view and did Docket. The Petition and Motion's ( as well as had the Response due with a set date aready with it);

(6) " But" I now take it! that I was wrong about this, when geting your order denying the motion's and saying that its a closed case;

(7) " PLEASE SIR" THIS IS(MY NEW PETITION) TO YOUR COURT, THAT HAS THE DATE OF 8/08/05 12/29/05,(I am,at the point now!!!)I really don't know what to do about this matter;" Can you" at least help me on this matter, with Reopening this new Petition(that your Federal Court now have) **UNDER THE CASE# 03-257-T FROM 8/08/05 up to 12/29/05;** BECAUSE I AM LOST AT THIS POINT ABOUT THIS CASE:

(8) or Please let me know " what I have to now do" to have your court to **REOPEN THE NEW PETITION THAT YOUR COURT NOW HAVE:**

(9) And I did try to say all of this before to you, in my last letter to you and your court. here is a copy of it also with this motion the letter is got the date of 1/10/06;"PLEASE" I HOPE THAT THIS CAN HELP THIS MATTER, AND THAT I CAN HAVE THIS ( NEW PETITION AND MOTION'S)COME BEFORE THIS HONORBLE FEDERAL COURT AT THIS POINT AND TIME:

PLEASE REPOND TO ME ON THIS MOTION SOON: SO I WILL KNOW THEN WHAT TO DO ABOUT THIS MATTER AND PETITION OF THIS CASE:

CERTIFICATION

I EDWARD EUGENE YOUNG SR, DO STATE THAT A TRUE COPY OF THIS MOTION HAS BEEN SENT TO THE Federal Court on the Date of 2/15/06

Edward Eugene Young Sr
petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG, SR.

v. CA No. 03-257-T

STATE OF RHODE ISLAND,
ASHBEL T. WALL, Warden,
Adult Correctional Institution

**ORDER DENYING MOTIONS**

The following motions are hereby denied as they were filed in a case that was closed on January 9, 2004:

- Petitioner's motion to dismiss case with prejudice: prosecution failure to comply, and to state a claim upon which relief can be granted
- Petitioner's motion for summary judgment, general laws, under Rule 56(A)(C)(E) and under also 12.1(A)(D) of the Federal Rules of Civil Procedure
- Petitioner's motion to vacate judgment and expunge record
- Petitioner's motion for injunctive relief and motion for a declaratory judgment Rule (57)
- Petitioner's motion for appointment of civil attorney.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Feb. 7, 2006

SCANNED

I got this (feb 13) order!!!

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903

ERNEST C. TORRES
CHIEF JUDGE

October 18, 2005

Edward E. Young, Sr.
P.O. Box 8274
Cranston, RI 02920

Dear Mr. Young:

It would be inappropriate for me to answer the questions posed in your recent letter. I suggest that you file the petition if you believe that it is justified and that you, at the same time, file a motion to proceed in forma pauperis.

Once that is done, this Court will be in a position to rule on your requests.

Sincerely yours,

Ernest C. Torres
Chief Judge

ECT:dms

| | | |
|---|---|---|
| | | David L. Martin )forwarded to all parties (Saucier, M) (Entered: 12/02/2003) |
| 12/15/2003 | | REFERRED REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE MARTIN TO JUDGE ERNEST C. TORRES (Jackson, R) (Entered: 12/15/2003) |
| 12/17/2003 | | Text not available. (Entered: 12/17/2003) |
| 12/17/2003 | 11 | ORDER: The Court hereby accepts the R and R of Magistrate Judge David L. Martin dated 11/25/03 pursuant to 28 USC 686(b)(1) granting [5-1] motion to Dismiss for Lack of Exhaustion of Remedies, signed by Judge Ernest C. Torres [mailed to all parties of record] (Jackson, R) Modified on 12/18/2003 (Entered: 12/18/2003) |
| 12/17/2003 | 12 | ORDER GRANTING MOTION TO DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS denying [1-1] petition (signed by Judge Ernest C. Torres) [mailed to all parties of record] (Jackson, R) Modified on 12/18/2003 (Entered: 12/18/2003) |
| 01/09/2004 | | Case closed (Jackson, R) (Entered: 01/09/2004) |
| 08/08/2005 New Petition | New Petition 13 | MOTION To Proceed with the Section 2254 Petition re [1] Petition for Writ of Habeas Corpus WITH ATTACHED MEMO by Edward Eugene Young, Sr. [redacted] (Leyva, Lucia) (Entered: 08/08/2005) |
| 08/08/2005 | 14 | MEMORANDUM IN SUPPORT by Edward Eugene Young, Sr in support of [1] Petition for Writ of Habeas Corpus under Section 2254. *Attachments and Exhibits may be viewed in the Clerk's Office. File exceeds system capacity.* (Leyva, Lucia) [redacted] |
| 12/29/2005 | 15 | MOTION to Vacate Judgment and Expunge Record by Edward Eugene Young, Sr. Responses due by 1/12/2006 (Leyva, Lucia) (Entered: [redacted] |
| 12/29/2005 | 16 | MOTION for Summary Judgment by Edward Eugene Young, Sr. [redacted] 1/17/2006 (Leyva, Lucia) (Entered: 12/30/2005) DAYS |
| 12/29/2005 | 17 | MOTION for Injunctive Relief and Declaratory Judgment by Edward Eugene Young, Sr. Responses due by 1/12/2006 (Leyva, Lucia) (Entered: 12/30/2005) DAYS |
| 12/29/2005 | 18 | MOTION for Appointment of Civil Attorney by Edward Eugene Young, Sr. [redacted] due by 1/12/2006 (Leyva, Lucia) (Entered: 12/30/2005) |

JANUARY 23 2006

EDWARD EUGENE YOUNG SR, I.D. 73534
MAXIMUM SECURITY, ( P-2) P.O. BOX
8273; cranston r.i. 02920

DATE 1/10/06

To The Federal Court ;

To the Clerk Of Court / To Chief Justice Torres

I am now typing this to you, because I still don't know if my case is going before your Court at this time; Again I have Got your Letter that Was Dated OCT, 18 2005(Mr Torres) and I have Already done what was said in your Letter to Me. And this Is A rehappening of what was done by me Sir; Back In 2002 I Have Put In To Your Court a ( 2254 / 28 u.s.c.&1983 Motion for writ of Hebeas Corpus) and it was Dismissed with out prejudice/at that time because the state said that I had to go Back to them for some reason, but since then;

(1) Again I have on 8/3/05 put in to your court, A 2254 Motion for writ of Hebeas corpus; 2254 Motion to proceed and it was with the(Supreme Court) Opinion, as well as the fact's of the case with my response to the Supreme Court Opinion;

(2) in Sept, or the begining of OCT, I did write to you Mr Torres

About this matter and got your response Letter that was Dated on OCT, 18 2005. And it state in it what I myself Had already done to get back into your court, back on the date of 8/3/05 under the same number of the case 03-257-T that was given to me by your court;

(3)(On Nov, 14 2005)I again have written to the Clerk of your court as well as to you the Chief Judge(mr Torres) To Let you Know that the Motion's was infact in to your Court already and to ask the Clerk of court to give me a up Date on this case. But I have not got any Response from the clerk office on anything about this matter;

(4) on DEC, 19 2005 I then put in to your court, a motion for a Lawyer, motion Declaratory Judgment and Injunctive Relief, Motion for Summary Judgment, Motion for the Vacate of trial Judgment and the Exspongment of the crimial record;

And now I am still asking the Court what is the up date on this matter, in this case and if this court will let me proceed in your court; (PLEASE RESPOND TO THIS LETTER BY YOUR CLERK OFFICE)

Edward Eugene Young Sr

PRO-SE PETITIONER

:D STATES DISTRICT COURT
OFFICE OF THE CLERK
ENCE, RHODE ISLAND 02903-1779
OFFICIAL BUSINESS

PROVIDENCE RI 029
08 FEB 2006 PM

012H16206190
$00.390
02/08/2006
Mailed From 02903
US POSTAGE

MAX
P215

I got THis on Feb, 13, 2006