EDWARD EUGENE YOUNG SR

Date august 10 2006

V.

STATE OF RHODE ISLAND

03-257-T

MOTION FOR STATUS CONFERCE

Now comes the Plaintiff Edward Eugene Young Sr, in the Pursuant for a ( Status Conferce) Hearing in the Providence Rhode Island Honorable Federal Court on his said Case Number that is stated in the above; For the Motion and the Petition that has been before this Honorable Federal Court since the time of August 8 2005. And the Petitioner, has been asking for the (REactment) of opening all the Motion's as wellas the Petition, by a Motion of ( REconsideration) that was sent to the said Honorable Federal Court on February 14 2006; as well as the Petitioner Did Send Letter's to the clerk Office and as well as to the Chief Justice Mr, Ernest C. Torres. Asking to address these matter's of Motion's and the Petition that is before this said Honorable Federal Court!!!;

And for the reason's that is now Stated in the above the Petitioner do Strongly pray that this Honorable Federal Court, well honor this said(status Conferce) Motion, for the Petitioner to come in before this said Honorable Federal Court. And answer to the matter's of said Motion's and Petition before Chief Justice Ernest C. Torres, as the said case do state in the above number

And if the Honorable Federal Court, do grant this said
( status Conferce) motion as the petitioner do strongly pray for.
The petitioner would have to be(Habeas Corpus) in from the Cranston A.C.I.
prison to the said Honorable Federal Court;

Edward Eugene Young Sr

Edward Eugene Young Sr I.D. 73534

EDWARD EUGENE YOUNG SR

V.

STATE OF RHODE ILSLAND

CASE NO 03-257-T

Date August 10 2006

MEMORANDUM OF MOTION

Now comes the plaintiff Edward Eugene Young Sr, in his Memorandum of motion that is before this Honorable Federal Court, and strongly pray that this Honorable Federal Court will have the petitioner to come before the Honorable Federal court. For the reason's that is now stated in this Memorandum. And the Petitioner at this time , do in fact still States,

**" that his petition to this Honorable Federal Court, has the undisputed fact's and Statement's of a genuine issue's !! of his case, that was put before this Honorable Federal Court on August 8 2005;**

Edward Eugene Young Sr

Edward Eugene Young Sr, I.D. 73534

(2)

03 - 257 - T

Date August 10 2006

MEMORANDUM OF FACT'T

SUBJECT MATTER STATES :

1) Motion for the reconsidation on February 14 2006 about ( THE ORDER) made by the chief justice Ernest C. Torres, Denying the petitioner Motion's on February 7 2006 ;

2) For the Letter, on March 24 2006, sent to the Criminal/ Civil Clerk Office. On the matter's of the (RECONSIDERATION MOTION) and the Letter that did ask ( THE CLERK OFFICE AND THE CHIEF JUSTICE MR, TORRES) to add to the 2254 Habeas Corpus, that was sent in by the petitioner. The Federal Proceeding's of section -- 2243, 2244, and 2244(B);

3) For the Letter's that was sent to the Chief Justice Mr Ernest C. Torres, that was on(April 26 2006 and June 19 2006) That is asking him " WHY " that I haven't came before him as of yet. On all that is now stated in the above, And have asked him to have the clerk office to respond to all the above Matter's since the ( MOTION TO PROCEED) in the Honorable Federal Court,. On the Date of August 8 2005;

And for the reasons that is now Stated in the above the petitioner do strongly pray that this Honorable Federal Court, will grant his Motion!!! and have the petitioner to be Habeas Corpus in to the Honorable Federal Court. To Answer to the said petition and Motion's and will have this said Case to proceed forward to let Justice be given in this matter;

Edward Eugene Young Sr

EDWARD EUGENE YOUNG SR, DI.D. 73534 Maximum
Security, ( hope 1) P.O. BOX 8273 CCRASTON R.I.
02920