# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: EDWARD YOUNG VS A.T. WALL — Case ID No: SU-03-0454

Appeal Date: 24-JUN-2003
Appeal Type: CRIMINAL APPEAL — Next Scheduled:
Current Status: DECISION FILED — Event Type:

Lower Court No: PSR-PM-00-4625
PSR-PM-2000-4625

Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| STATE OF R.I. | DEFT | ZURIER, LAUREN | AOR |
| WALL, A | DEFT | GRANT, MICHAEL | AOR |
| YOUNG, EDWARD | PLTF | SE, PRO | AOR |
| YOUNG, EDWARD | PLTF | SE, PRO | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 20-AUG-2003 | APPEAL DATE | 20030624 |
| 20-AUG-2003 | LETTER FILED | |
| 20-AUG-2003 | MOTION | MOTION FOR TRANSCRIPTS. |
| 20-AUG-2003 | APPEALED BY FILING PARTY<br>Affiliated Party: YOUNG, EDWARD | PLA 20000615 3 0317 20030624 |
| 20-AUG-2003 | TRANSCRIPT REQUIRED | |
| 20-AUG-2003 | TRANSCRIPT(S) ORDERED | 20030820 60 UKN |
| 21-AUG-2003 | ORDER ENTERED | ORDER FOR FREE TRANSCRIPTS IS GRANTED. APPEAL MAY PROCEED WITHOUT DELAY. |
| 21-AUG-2003 | GRANTED | 20030821 |
| 21-AUG-2003 | MAILED TO ATTORNEYS | |
| 29-AUG-2003 | PAPERS AND TRANSCRIPT FILED. | 3 VOLS. |
| 29-AUG-2003 | RULE 12 PRE BRIEF NOTICE SENT | COPIES OF TRANSCRIPTS MAILED TO MR. YOUNG |
| 10-SEP-2003 | MOTION | |
| 11-SEP-2003 | LETTER FILED | LETTER SENT BY RONALD TUTALO TO MR. YOUNG PER RELATIVE CASE STATUS. |
| 05-DEC-2003 | MOTION TO APPOINT ATTORNEY | |
| 08-DEC-2003 | LETTER FILED | PER ELIGIBLE FOR P.D. SERVICES |
| 15-DEC-2003 | PLTF APPELLANT PRE BRIEF FILED | REQUEST ASKING FOR MOTION TO VACATE LOWER COURT RULING ON 9-20-96. |
| 29-DEC-2003 | MOTION EXTENSION OF TIME | |
| 29-DEC-2003 | GRANTED | 20040128 |
| 31-DEC-2003 | TRANSCRIPT WITHDRAWN | AG'S OFFICE |
| 05-JAN-2004 | TRANSCRIPT RETURNED | |
| 08-JAN-2004 | ORD ENT APPT ATTY TO REP DEFT | ATT. COHEN |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: EDWARD YOUNG VS A.T. WALL

Case ID No: SU-03-0454

DOCKET INFORMATION

| | | |
|---|---|---|
| 08-JAN-2004 | GRANTED | |
| 08-JAN-2004 | GOLDBERG, J. NOT PARTICIPATING | |
| 27-JAN-2004 | ENTRY OF APPEARANCE | |
| 27-JAN-2004 | MOTION EXTENSION OF TIME | |
| 27-JAN-2004 | LETTER FILED | |
| 27-JAN-2004 | TRANSCRIPT WITHDRAWN | |
| 12-FEB-2004 | LETTER FILED | |
| 28-JUN-2004 | CASE OUT IN PART OR WHOLE | |
| 19-JUL-2004 | MOTION | MOTION TO ASSIGN & FOR HABEAS CORPUS. |
| 24-AUG-2004 | PET WRIT OF HABEAS CORPUS | |
| 24-AUG-2004 | MEMORANDUM FILED | |
| 08-SEP-2004 | OBJECTION FILED | AG |
| 15-SEP-2004 | MOTION | MOTION TO RELEASE COUNSEL |
| 15-SEP-2004 | MEMORANDUM FILED | |
| 24-SEP-2004 | ORDER ENTERED | AVRAM COHEN RELEASED AS APPELLATE COUNSEL. MOTION FOR STATUS CONFERENCE IS DENIED. |
| 24-SEP-2004 | GRANTED | |
| 24-SEP-2004 | ORDER PETITION FOR HABEAS. | |
| 24-SEP-2004 | DENIED | |
| 24-SEP-2004 | GOLDBERG, J. NOT PARTICIPATING | |
| 04-OCT-2004 | TRANSCRIPT WITHDRAWN | |
| 07-OCT-2004 | MOTION EXTENSION OF TIME | |
| 07-OCT-2004 | GRANTED | 20041108 |
| 14-OCT-2004 | ENTRY OF APPEARANCE | |
| 14-OCT-2004 | APPELLEE PRE BRIEF FILED | |
| 14-OCT-2004 | MOTION TO EXCEED 10 PAGES | |
| 14-OCT-2004 | TRANSCRIPT RETURNED | |
| 18-OCT-2004 | MOTION TO EXCEED 10 PAGES | ORDER |
| 18-OCT-2004 | GRANTED | |
| 18-OCT-2004 | MAILED TO ATTORNEYS | |
| 22-OCT-2004 | CASE OUT IN PART OR WHOLE | |
| 25-OCT-2004 | PLTF APPELLANT BRIEF FILED | PLA. DOCUMENT LABELED BRIEF. |
| 01-NOV-2004 | SUPPLEMENTAL MEMORANDUM FILED | REPLY OF STATE |
| 19-NOV-2004 | REPLY MEMORANDUM FILED. | |
| 10-DEC-2004 | CASE RETURNED IN PART OR WHOLE | |
| 10-DEC-2004 | BOTH PARTIES SHOW CAUSE | |
| 28-DEC-2004 | SUPPLEMENTAL MEMORANDUM FILED | |
| 21-JAN-2005 | OBJECTION FILED | OBJECTION TO MOTION TO BE EXCUSED. |
| 21-JAN-2005 | MEMORANDUM FILED | |
| 24-FEB-2005 | LETTER FILED | DOCKET SHEET MAILED TO THE DEFENDANT. |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: EDWARD YOUNG VS A.T. WALL

Case ID No: SU-03-0454

DOCKET INFORMATION

| | | |
|---|---|---|
| 25-MAR-2005 | ORDER ENTERED | MOTION TO VACATE JUDGEMENT IS DENIED. |
| 25-MAR-2005 | DENIED | 20050325 |
| 28-MAR-2005 | CASE OUT IN PART OR WHOLE | |
| 04-APR-2005 | HEARD ON SHOW CAUSE ORDER | |
| 04-APR-2005 | GOLDBERG, J. NOT PARTICIPATING | |
| 12-APR-2005 | CASE OUT IN PART OR WHOLE | |
| 27-JUN-2005 | LETTER FILED | DOCKET SENT TO PLTF |
| 30-JUN-2005 | CASE RETURNED IN PART OR WHOLE | |
| 01-JUL-2005 | OPINION JUDGE AFFIRMED ADF | |
| 01-JUL-2005 | GOLDBERG, J. NOT PARTICIPATING | |
| 15-JUL-2005 | PAPERS/TRANS.REMANDED | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 03-257 T** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,** | : | |
| **Respondent** | : | |

**STATE'S OBJECTION TO MOTION FOR STATUS CONFERENCE**

For the reasons stated in the accompanying memorandum of law, the State hereby objects to petitioner's motion for status conference, and asks that the motion be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier______

**Lauren S. Zurier (#4496)**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

Dated: August 15, 2006

**CERTIFICATION**

I hereby certify that on the 15th day of August, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edward Young, Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 03-257 T** |
| | : | |
| **STATE OF RHODE ISLAND, et al.** | : | |
| **Respondent** | : | |

**STATE'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO MOTION FOR STATUS CONFERENCE**

For the reasons set forth below, the State, by and through its attorneys, hereby objects to petitioner's motion for status conference, docketed electronically on August 14, 2006.

Petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 in 2003. This Court dismissed the petition without prejudice on December 16, 2003, because petitioner had failed to exhaust his state court remedies.

Petitioner then pursued a state-court post-conviction relief action. In a written decision issued on July 1, 2005, the Rhode Island Supreme Court affirmed the superior court's denial of post-conviction relief. *See* Young v. State, 877 A.2d 625 (R.I. 2005).

Petitioner did not move for reargument of the state supreme court's decision. *See* R.I. S. Ct. R. App. 25. *See also* Docket in No. 2003-454-C.A. (attached hereto). Thus, the state supreme court's decision became final on July 11, 2005. *See* R.I. S.Ct. R. App. 25(a). *See, e.g.,* Donovan v. Maine, 276 F.3d 87, 90-92 (1st Cir. 2002); Currie v.

Matesanz, 281 F.3d 261, 267-68 & n.4 (1st Cir. 2002); Gibson v. Klinger, 232 F.3d 799, 807-08 (10th Cir. 2000). *See also* Carey v. Saffold, 536 U.S. 214, 219-20 (2002).

Petitioner did not properly file a new habeas petition between July 11, 2005, and July 11, 2006. The papers he did file during this time did not "relate back" to the petition dismissed in 2003, because there was nothing to relate back to. *See, e.g.*, Neverson v. Bissonnette, 261 F.3d 120, 126 (1st Cir. 2001); Marsh v. Soares, 223 F.3d 1217, 1219-20 (10th Cir. 2000)(cited with approval in Neverson). Meanwhile, the one-year statute of limitations expired on July 11, 2006. *See* 28 U.S.C. §§ 2244(d)(1)(A), 2244(d)(2).

Because there is no habeas action currently pending, and because none can now be filed, petitioner's motion for status conference should be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier

**Lauren S. Zurier (#4496)**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

Dated: August 15, 2006

**CERTIFICATION**

I hereby certify that on the 15th day of August, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edward E. Young, Sr., Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier