Edward Eugene Young Sr                                        03 -257 -T

V.                                        Date November 24 2006

The State Of Rhode Island

MOTION OF APPEAL TO THE FEDERAL COURT

WITH THE OBECTION, TO THE MAGISTRATE

JUDGE, MR DAVID L. MARTIN, MEMORANDUM ORDER:

Now comes the petitioner Mr Edward Eugene Young Sr, in his appeal to this Federal Court. For the Memorandum and order, by the Magistrate Judge Mr David L. Martin, On NOV, 14 2006. Which was given to the Petitioner on November 20 2006. And for the reason's that is now Stateed in the Petitioners Memorandum. The petitioner ask that this Federal Court, grant the petitioners motion's and memorandum, and let the petitioners 2254 writ of habeas corpus and motion to proceed and petition to come befor CHIEF JUSTICE MR ERNEST C. TORRES;

CERTIFICATION OF SERVICE

I Edward Eugene Young Sr, do State that a true copy of this appeal have been sent to the Attorney General Office, at 150 South Main Street, providence R.I. 02903, on the Date Of November 24 2006;

Edward Eugene Young Sr

Petitioner Edward Eugene Young Sr,

MEMORANDUM IN SUPPORT OF MOTION

OF APPEAL :

(1) On the date of August 8 2005, the petitioner Edward Eugene Young Sr, had put into this Federal Court, A motion to proceed in forma pauperis, a writ of habeas corpus and a petition that is all of section 2254; Along with some motion's From this Date of August 8 2005, Through the month's up to August 28 2006.(And the petition) can be known if this Federal Court(did Infact look at and read the Evidence in this case) And by the Federal Court,(Own Civil Docket Text) Number 13, 14, do show that this Federal Court, have got this Petition, as well as if you looked at THE START OF THIS PETITION, ON PAGE (00) OF THE INDEX AND ANSWER TO THE SUPREME COURT OPINION:(THAT THIS COURT STATES RES-JUDICATA) AND ( THE PETITIONER STATES) ----- AT EXHIBIT--E) " IS THE MEMORANDUM OF LAW IN THE SUPPORT OF(THE PETITION ) FOR THE RELEASE FROM PRESENT CUSTODY: ( THE JUSTICE AND THE COURT) DO HAVE TO FIND THE PETITIONER WITHOUT A DOUBT OF EVERY FACT NECESSARY TO CONSTITUTE THE CRIME WITH WHICH HE IS CHARGED: THE JUSTICE DID ( ERROR) BECAUSE THAT DIDNOT HAPPEN, THIER IS VERY MUCH DOUBT IN THIS CASE AND STRIGHT OUT LIE'S AGAINST THE PETITIONER: AND " THEREFORE "(THERE IS A PETITION ON IN THIS FEDERAL COURT:)

(2) " BUT " with these motion's and the ( NEW PETITION ) that was sent to this Federal Court. The petitioner Edward Eugene Young Sr, had made the mistake of putting his(old case number - 03-257-T ) on this(New petition) and also all motion's ( THANKING) that this Federal Court, well then put a movement on this petition, since the petitioner, was at the Federal Court befor with his petition and ( THE CASE NUMBER) would have shown the Federal Court clerk, that the petitioner, was their befor with his petition and Case number. when she/or he would have look it up also the petitioner, did infact think that since this petition, was paid in full befor and didnot get any opinion by this court, on the evidence in the petition or fact's that this court would not make the petitioner, have to pay again and that the petitioner, could infact use the same case number that this Federal Court, have given to the petitioner. And did think that it would be helping this Federal Court, by useing the same case number;

(3) " BUT " on January 27 2006, this Federal Court, did infact terminate all Motion's and ( THE NEW PETITION) do to the fact of this closed case number, that the petitioner, did use again of his old case that was in this Court but was Dismissed without prejudice;

(4) On Febraury 14 2006, the Petitioner Edward Eugene Young Sr, had then put in to this Federal Court, a motion for the reconsideration of this ( NEW PETITION) and all the motion's. That was sent into this Federal Court since August 8 2005; and in this motion to the Chief Justice Mr Ernest C. Torres. The petitioner, do believe that he did infact ( SHOW ) to this court, that it was infact

That it was a ( NEW PETITION) with the motion to proceed if this Federal court would please look at the number's in this said motion, from the number 3 to 9; And the petitioner, at this time then knew, that he was not suppose(to use this old case number) 03-257-T . On this New Petition, " BUT " all the legal work was in already with this ( NEW PETITION) pluse with the Petitioner, looking at the Federal Court, Docket Text and seeing all the work that went(under this old case number). The Petitioner, did infact think(that this Federal Court) could open ( the Petition) under this number again. also at this point the petitioner,"didnot," know if the petitioner, should send in ( ANOTHER PETITION) and/or motion's or money for this Case or what to do . " ALL THE PETITIONER, DID KNOW IS " THE PETITIONER, HAD ( THE NEW PETITION) AND MOTION'S IN YOUR FEDERAL COURT, " BUT " THE PETITION CASE NUMBER WAS WRONG ON THEM: " BUT " even then if the Federal Court, would please!! look at number 7 in the motion for the reconsideration, this Federal Court, will infact see that the petitioner, is ( praying or asking) this Federal Court, For help . When saying what the petitioner, should do at this point or even just tell the petitioner, how to open this new petition in the federal court for you's to look at and Judge on when I was Stateing " I'am at the point now that I really don't" " no what to do about this matter" and can you's at least help me in this" matter;"Also " if this Federal Court, will look all through this said the Petitioner, do state over and over again in this motion that it is a ( new Petition, and for this Federal Court, to look at their Docket Text) number's 13, 14 and 18;

(5) The Magistrate Jude Mr David L. Martin(DENIED) the Petitioner Edward Eugene Young Sr, Saying on page(8) of his order and Memorandum " At no time did ( Edwrad Eugene Young Sr) File a New Petition action" " with this Federal Court, And the Document's ( the Petitioner) did file" " On August 8 2005. Was a Motion to proceed and a motion to grant ahabeas" " corpus both a section 2254, (THIS CAN'T BE CONSIDERED A NEW PETITION)".

I don't see how the Magistrate judge(can make this opinion) with the New Petition that was sent to the Federal Court; (The New Petition) have 38, page's To show this Federal Court the true fact's in this case, And where to look if, need be obout the fact's the petitioner is talking to the court; The New Petition--- have a (2) page ( Index and answer to the Rhode Island Supreme Court Opinion) with Exibit's ; The new Petition Have 200 page's or more with the Exhibit's of fact's in this case in full, and any evidence ( that this Federal Court would want to see) Exhibit of fact's has 38 page's, and the true fact is that this ( NEW PETITION) do infact SHOW THE PETITIONERS INNOCENTS IN THIS CASE TO THE POINT THAT ITS KNOWN(THE PETITIONER) SHOULD OF NEVER WENT TO PRISON:

the petitioner, did State to this Federal Court, in this Petition------ that the(Attorney General Office,) did present false testimony, left out critical fact's in this case,Violated the petitioners constitutional rights, with Brady violation's; There was perjury and false swearing to the Court, they had no credibility in the case, no physical evidence to support their testimony, It was a menifest Miscarriage of justice, with prosecution Misconduict; And this Federal Court Is now stateing to ( the Petitioner) That Because ( the Petitioner) Made the one mistake of putting his old case

Case Number ( to the New Petition) that this Federal Court, will not take or look at this Evidence in this case ; And Just denied ( the Petitioner) from coming to this Federal Court because of one mistake even when the petitioner was sending letter's and motion's to the Chief Justice Mr Ernest C. Torres. And the Clerk Of this Court, asking for help and asking what need tobe done in this matter. For this petition to be in your Federl Court, All this Federal Court and/or Clerk of court, had to do was tell ( the Petitioner) to pay the Court again! for his Petition to be seen by the federal court. And/ or give this ( new Petition) a new case number to it as ( THE PETITIONER) did infact ask about when(the petitioner) wrote to the Clerk Office on March 24 2006; When the petitioner did state at that time---" is for the fact that" "the Dates of August 8 2005 up to December 29 2005 is infact all a new petition that I do want to go infront of this Federal Court, to be heard by a Justice WHICH AT THIS TIME I DO BELIEVE THAT IT WOULD NEED A NEW CASE NUMBER!!!!!!! FOR THE DATES THAT HAVE ALREADY BEEN SENT TO THIS FEDERAL COURT, AND IF THERE IS ANYTHING MORE THAT HAS TOBE DONE, PLEASE, PLEASE.LET THE PETITIONER KNOW, THE PETITIONER, DO WANT THIS PETITION TO GO FORWARD IN THIS FEDERAL COURT A LOT OF TIME HAS PAST ALREADY ABOUT THIS CASE. AND THE PETITIONER HAS NOT GOT ANY ANSWER'S FROM THIS FEDERAL COURT OR THE CLERK OF COURT ON THIS MATTER ; And this was ( 9) Month's ago Befor the Petitioner was denied to come to this Federal Court, ( IF THE LETTER, WAS ANSWERED THE PETITIONER, WOULD HAVE DONE, WHAT EVER NEEDED TOBE DONE FOR THIS NEW PETITION TOBE SEEN BY YOUR FEDERAL COURT)

(6) This Federal Court and/ or the Clerk Office his not responed to any motion's or Letter's that ( THE PETITIONER) has sent to the Federal Court, since the Febraury 14 2006 Date , some (9) Month's ago of asking for help or a lawyer or even asking what more that(the petitioner)can do in this matter, " BUT " this Federal Court just up and denied the petitioner in full because of one mistake of a case number; ( THE PETITIONER) THEN WOULD HAVE TO ASK THIS FEDERAL COURT, TO GO BY THE STATE AND FEDERAL LAW, AND WEIGH THE FACT'S OF THIS PETITION, TO THE ONE MISTAKE MADE(BY THE PETITIONER): THE PETITIONER WOULD BELIEVE THAT THE FACT'S OUT WEIGH THE MISTAKE AND THE EVIDENCE OF THIS Case is stronger then any mistake of putting down a old cae number to a ( new Petition) WHEN ALL THAT IS NEEDED WAS A NEW CASE NUMBER AND MAYBE A COURT PAYMENT ( IF THE MOTION TO PROCEED IN FORMA PAUPERIS) WAS NOT GRANTED TO THE PETITIONER: THE PETITIONER EVEN ASKED THIS COURT AND THE CLERK OF COURT TO ADD TO THIS PETITION AND MOTION TO PROCEED WHICH BOTH WAS A SECTION § 2254, to add 2243, 2244, 2244(B) ; on march 24 2006,

(7) The petitioner, put this Reconsideration motion in on Febraury 14 2006, and asking for help and/ or information even befor this Date about this denial of the petition. And I did ask this court justice how to proceed with ( this new petition) to get it started in the Federal Court; it took this federal court, some (9) month's to answer to this ( new Petition) and one motion, with a denial and telling(the petitioner) that the one Year limitation period has run out of time for the petitioner, to be in the Federal Court When it took (9) month's for this Federal Court to answer!!!; with also the Attorney General Office, ( NEVER PUT IN ANYTHING UP TO THIS STATUS CONFERENCE Motion the petitioner, had put in to this Federal VCourt; and from the time

Of this August 8 2005, DATE RIGHT UP TO AUGUST 24 2006 THE PETITIONER HAVE told this Federal Court, THAT THIS WAS THE NEW PETITION AND ALL NEW MOTION'S THAT WAS SENT TO THIS FEDERAL COURT SINCE AUGUST 8 2005 DATE:

(8) On page number(10) The Magistrate Judge, Stated--- Ground's warranting a Motion to reconsider would include ---- And he go on to state what it mean; " But " then he also do state -- that the petitioner has not Argued any of the obove that he has stated on this matter for the facter's to apply to this petitioner; Agan the Petitioner, can't see just how this Magistrate Justice came to this opinion, do to the fact that is just what this petition and case is all about in full; The Petitioner, did state -- (2) New evidence previously unavailable and (3) The need to correct, clear error or to prevent a Manifest injustice; If this Court Will Look at the January 29 2006, Memorandum of Motion to Dismiss on page (3) Number's 2,3, 4, it should state that the State ---Presented false testimony and left out critical fact's, also did violated my constitutional right's; on the August 3 2005, Motion to grant 2254 habeas corpus it should state --- on page (2) about the Brady violation, about the perjury and false swearing; On page (3) should state about--- the no credibility that the victim had in statment's on the stand or out of court statememt's made by the witeness or the victim and/or the prosecutioner statement's made in the court at my trial, there was no physical Evidence to support the testimony, there was a menifest Miscarriage of justice and prosecution misconduict, undisputed fact's and

Statement's of Genuine Issues of the petition in this csae at hand this is also all through most all the motion's and the New Petition;

(9) On page (11) The Magistrate Judge States----- ( NO NEW EVIDENCE HAS BEEN PRESENTED) THE PETITIONER DO STATE---- That he don't see how or why this is said by him; THIS FULL PETITION, IS NEW EVIDENCE AND IS VERY STRONG AGAINST THE STATE COURT CONVICTION AGAINST THE PETITIOER: THE FACT IS THAT ( THE PETITIONER) CAN PROVE HIS INNOCENT'S OF THIS CASE: THE FACT IS THAT (PETITIONER) CAN PROVEPROSECUTION MISCONDUICT: AND CAN PROVE, A MENIFEST OF MISCARRIAGE OF JUSTICE: CAN PROVE PERJURY AND FALSE SWEARING TO THE COURT AND ON OUT OF COURT STATEMENT'S: AND CAN PROVE, THAT THEIR WAS NO PHYSICAL EVIDENCE TO SOPPORT THERE TESTIMONY: All of this is in this ( NEW PETITION) IF THIS FEDERAL COURT, DID INFACT LOOK AT THIS CASE AND THE NEW PETITION :

I do know that On the Date Of ----- December 19 2005,

(1) page Motion for a Attorney was sent;

(1) page Motion for Injunctive Relife & Declaratory Judement;

(1) page Motion for Summary Judgement;

(1) Page Motion for Vacate Judgement & Exsponge Record;

I do know that on the Date's Of January 24 2006, A (3) page Motion to Dismiss with prejudice; was sent,

(4) page motion on Febraury 14 2006, For the Reconsideration;

(3) page Motion I do believe for status conference;

(12) page Motion on August 24 2006, For the Petitioners Objection to state for the status conference;

(5) page Motion on August 3 2005, 2254 to proceed in forma pauperis in the Federal Court;

(8) page Motion August 3 2005 to grant 2254 writ of Habeas corpus;

" ( NEW PETITION, TO THIS FEDERAL COURT AT HAND) "

THE NEW PETITION, INDEX IS (2) PAGES, STARTING WITH 0, 00:

FACT'S OF CASE IS (38) PAGES:

WITH THE EXHIBIT'S OF THE PETITION(FOR THE COURT TO REVIEW)

IF NEEDED: IN ALL THIS (NEW PETITION) IS 200 to 250 PAGE'S)

And the Magistrate Judge, Mr David L. Martin, did (ERROR) IN HIS FACT'S WHEN HE DENIED THE PETITIONER: AND STATED AS WELL ---- On page (8) in his report ( AT NO TIME DID HE FILE A NEW ACTION WITH THIS COURT) THE DOCUMENT'S THE PETITIONER, DID FILE ON OR ABOUT AUGUST 8 2005.

(1) NAMELY THE MOTION TO PROCEED: ( THE PETITIONER STATES) THAT IS A (5) PAGE MOTION I BELIEVE):

(2) A MOTION TO GRANT 2254 WRIT OF HABEAS CORPUS: ( THE PETITIONER STATES) THAT IS A (8) PAGE MOTION I DO BELIEVE):

(3) AND THEN THE MAGISTRATE JUDGE, STATES----( THIS CANNOT BE CONSIDERED A NEW PETITION):

( THE PETITIONER OBJECT) TO THE FINDING'S OF THE MAGISTRATE JUDGE, ORDER AND MEMORANDUM: DO TO THE FACT'S------ IT'S CLEAR THAT THIS JUDGE DID NOT SEE ( THE NEW PETITION AT ALL) And just looked at the two motion's or motion's; That was sent in by the petitioner, ( YOU CAN SEE THIS BY HIS OWN WORD'S OF STATEMENT'S IN THE ABOVE NUMBER'S (1) (2) (3) WHEN INFACT HE JUST LOOK AT (13) PAGE'S OR MORE OF MOTION'S: ( THIS NEW PETITION) Is 200 to 250, page's

long and this is considered a petition, as the way the petitioner, see the Law and your Federal court Rule's that I read in this prison; And " THEREFOR " AGAIN THE MAGISTRATE JUDGE DID ( ERROR) WHEN HE DENIED THE PETITIONER AND PETITION WITH THIS NEW CASE:

THE MAGISTRATE JUDGE, DENIED THE STATUS CONFERENCE, MOTION STATING -------- That the Petitioner, Cannot Relate back to a Previously filed petition, that has been dismissed without prejudice Because there is nothing for the current petition to relate back to; (1) This Federal Court, Has Never Made Any Judgement at all on(the last petition) other then the Dismisseal without prejudice, because ( THE STATE) said that the petitioner, didnot Exhaust his remedies;

(2) The Petitioner, don't really know what is ment by this saying about the Relating back thing. " BUT " the Petitioner, do know that he is not suppose to change anything that happened in his trial, or asking for a new trial, or post- conviction relief, or in the supreme court opinion; "BUT" THIS PETITIONER DO KNOW THAT THIS ( NEW PETITION) DO INFACT SHOW THAT(THE PETITIONER) DIDNOT COMMIT THIS CRIME:

## MEMORANDUM OF LAW IN SUPPORT OF THE NEW PETITION AND CASE:

(1) The Petitioner, has the constitutional right, to have in this New Petition, Anything that happen in the Petitioners, Trial, Appeal, Asking for the new Trial, Post-Conviction Relief, And Now the First and Second Supreme Court Opinion of this case, Any Testimony Statement's made in court about the Petitioner, that is in the Court And Out of Court Statement's Made By the Victim and any testimony witensses that took the stand or said anything to anyone About this case as long as the Petitioner, can prove his fact's to the Federal Court;

(2) If this Petitioner, Is saying that(the Prosecutioner)"Knew" About the Innocent's of the Petitioner, and Held back this Evidence as well as Lead the Victim and Witeness at the trial For a Conviction of the Petitioner And can Prove this Also; Then that is Clearly ( A PROSECUTION MISCONDUCT) PERJURY, Criminal Offense's 11-33-2 to 11-33-6 and False Swearing to the Court;

(3) And the fact that since Febraury 14 2006, the Petitioner, Never got ant Information that he did ask for from this Federal Court, for same (9) Month's After this Motion( With only A One--Year Time Period of doing anything in this Federal Court). And Never Got( ANYTHING FROM THE ATTORNEY GENERAL OFFICE, AT ALL ON THE

MOTION'S OR THE NEW PETITION) UNTELL THIS STATUS CONFERENCE MOTION:

**THE PETITIONER, KNOW THAT CAN'T BE THE FEDERAL COURT LAW OR THE STATE LAW AND THAT THE PETITIONER SHOULD OF(GOT A ANSWER) FROM BOTH THE FEDERAL COURT AND BY THIS ATTORNEY GENERAL OFFICE, IN A REASONABLE TIME:**

And the ( Petitioner) also Came to This Federal Court, under The Federal Court Rule's & 20.3E THe Townsend Category

IN TOWNSEND V. SAIN

CITIE AS (83) S. CT. 745 2372 U.S. 293 Page 47:

(4) Habeas Corpus-- Duty of Federal Court On Habeas Court to try Fact's anew Exist's in every case in Which the State Court Did not after full hearing Reliably find relevant fact's; 28 U.S.C.A. & 2243

(5) Habeas Corpus---85.3(1,2) Where evidentiary hearing is Required on Federal Habeas Corpus Because Of Unresolved Factual Dispute's, The State Court Record of Criminal prosecution is competent Evidence and Either party, may choose to relay solely upon Evidence therein, BUt the Petitioner And the State must be given Opportunity to present other Testimonial and Documantary Evidence Relevant to the Disputed Issue's; 28 U.S.C.A. & 2243.

(6) Habeas Corpus-- Even where Procedure employed does not violate

Constitution . If it Appear's to be Seriously Inadequate For the Ascertainment of truth. It is the Feaeral Court Judge Duty on Habeas Corpus **( TO DISREGARD THE STATE FINDING'S AND TAKE EVIDENCE ANEW)** 28 U.S.C.A. & 2243;

(7) Habeas Corpus-- If the State Trial Judge Made Serious Procedural Error's Respecting Claim Pressed In The Federal Habeas Corpus.In Such Thing's as Burden Of Poof, The Federal Hearing Is Required take Evidence Anew 28 U.S.C.A. & 2243;

(8) Habeas Corpus--- Power Of Inquiry on Federal Habeas Corpus Is Plenary. And where Applicant Alleges Fact's Which, If Proved, Would Entitle Him to Relief. The Federal Court, to Which Appication is made has Power to Receive Evidence and Try Fact's Anew; 28 U.S,C,A, & 2243.

(9) Habeas Corpus-- The Federal Court, Must Grant Evidentiary Hearing To Habeas Corpus Applicant If-- (1) MERIT'S OF FACTUAL DISPUTE WERE NOT RESOLVED IN STATE HEARING: (2) THE STATE FACTUAL DETERMINATION IS NOT FAIRLY SUPPORTED. BY RECORD AS A WHOLE: (3) THE FACT FINDIND PROCEDURE IN THE STATE COURT, WAS NOT ADEOUATE TO AFFORD FULL AND FAIR HEARING: (4) IF THERE IS SUBSTANTIAL ALLEGATION OF NEWLY DISCOVERED EVIDENCE: (5) IF THE MATERIAL FACT'S WRER NOT ADEQUATELY DEVELOPED AT STATE COURT HEARING: (6) FOR ANY REASON IT APPEAR'S THAT STATE TRIER OF FACT'S DIDNOT AFFORD APPLICANT FULL AND FAIR FACT HEARING: 28 U.S.C.A. & 2243.

(T) ..(T)
(10) IF THE PROSECUTOR, WITHHELD OR MISREPRESENTED, OR THE TRIAL JUDGE EXCLUDED, CRITICAL FACT'S AT THE STATE COURT HEARING: 28 U.S.C.A. & 2243;

(U)
(11) IF THE STATE PRESENTED FALSE, MISLEADING OR INCOMPLETE TESTIMONY, AT THE STATE COURT HEARING: U.S.C.A. 28 & 2243.

AND THE PETITIONER, NOW STATES-----FOR THE RESON'S THAT IS STATED IN THE OBOVE APPEAL TO THIS FEDERAL COURT, THE PETITIONER, PRAY THAT THIS APPEAL, MOTION'S, AS WELL AS HIS ( NEW PETITION) IN THIS CASE. BE GRANTED IN THIS FEDERAL COURT, AND THAT THE CHIEF JUSTICE MR ERNEST C. TORRES, WILL LOOK AT AND MAKE A FULL JUDGEMENT OF THIS FULL CASE AND PETITION AT THIS TIME AT HAND:

CERTIFICATION OF SERVICE

I Edward Eugene Young Sr, do State that this Appeal has been Sent To The Attorney General Office At 150 SouthMain Street, in Providence Rhode Island 02903 On the Date Of November 24 2006.

Edward Eugene Young Sr

PETITIONER, EDWARD EUGENE YOUNG SR, I.D. 73534, AT MAXIMUM SECURITY, HOPE (1) PO BOX 8273 CRANSTION RHODE ISLAND 02920;