(1)

EDWARD EUGENE YOUNG SR,

DATE November 28 2006

V.

03-257-T

STATE OF RHODE ISLAND

MOTION TO AMEND 2254 PETITION

AND MOTION'S AS OF THE DATE AUGUST 3 2005;

Now comes the Petitioner EDWARD EUGENE YOUNG SR, IN His Motion To Amend, Pursuant To Applicable Rule's Procedure. And The Petitioner, Is Now Asking For This Federal Court, To Amend This Said Petition With The Date's Of August 3 2005, As Well As Any And All Motion's.( Meaning) The New Petition, And Motion's With The Date's Starting From August 3 2005, Right Up To The Date Of August 28 2006; The Petitioner Edward Eugene Young Sr, Has Placed(A New Petition) As Well As New Motion's In To This Federal Court. On The Date Of August ç 2005, " But " The Petitioner, Has Made The Mistake Of Putting His Old Case Number 03-257-T On this New Petition That Is Now In This Federal Court At This Time. At the Time Not knowing that this can't be done; This Federal Court, Has Denied The Petitioner, His Motion's as well as His Petition. Because Of This Fact, And Now By the Petitioner, Knowing This Fact is Now Asking This Federal Court, To Amend And Correct this said Petition and Motion's. By Knowing that this Is A ( NEW PETITION) ( AND NEW MOTION'S) And Give This Petitioner, and his Petition as

Well As All And Any Motion's With the Above Date's a ( NEW CASE NUMBER) and take the Petition as New as of that Date that is given. The Petitioner, ask this Federal Court To Please Weigh the Fact's of this Case, To The One Mistake Of Putting A Wrong Case Number, to A New Petition, And Ask This Federal Court, To Please!! Let This Petitioner, To Come Forward With His Said Case For A Full Judgement In This Federal Court, On This Full Petition And Motion's This Petitioner, do infact Believe that this is a very strong case against the state and in proving the Petitioners, Innocent's of this crime;

And for the said reason's in the above this Petitioner, EDWARD EUGENE YOUNG SR, DO Pray that this Federal Court, Do Grant This Said MOTION TO AMEND AND CORRECT, THE SAID PETITION AND MOTION'S: WITH THE DATE'S AS OF AUGUST 3 2005 RIGHT UP TO AUGUST 28 2006;

CERTIFCATION OF SERVE'S

I Edward Eug ene Young Sr, Do Certify that a true copy of this said motion have been sent to the Attorney General Office, at 150 South Main Street, On THe Date Of November 28 2006.

Edward Eugene Young Sr

PETITIONER, EDWARD EUGENE YOUNG SR