**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 03-257 T** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,** | : | |
| **Respondent** | : | |

**STATE'S RESPONSE TO PETITIONER'S OBJECTION TO MAGISTRATE'S-JUDGE'S REPORT AND RECOMMENDATION**

The State believes that the Magistrate Judge's Report and Recommendation filed November 14, 2006, which recommends denial of petitioner's motions for reconsideration and for miscellaneous relief, is well-reasoned. The State therefore respectfully requests the Court to adopt the Report and Recommendation as its decision and order in this matter.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier
**Lauren S. Zurier (#4496)**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

Dated: December 7, 2006

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 7th day of December, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by placing a copy of the within document in the U.S. mail, postage prepaid, to Edward Young, Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier____________________