**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 03-257 T** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,** | : | |
| **Respondent** | : | |

**STATE'S OBJECTION TO PETITIONER'S MOTION TO AMEND § 2254 PETITION**

For the reasons set forth in the Magistrate-Judge's Report and Recommendation filed November 14, 2006, which recommends denial of petitioner's motions for reconsideration and for miscellaneous relief, the State believes that this case should be dismissed and that petitioner should not be permitted to amend his habeas petition retroactively to August 3, 2005. Accordingly, the State asks that petitioner's Motion to Amend be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier______
**Lauren S. Zurier (#4496)**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

Dated: December 7, 2006

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 7th day of December, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by placing a copy of the within document in the U.S. mail, postage prepaid, to Edward Young, Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier____________________