EDWARD EUGENE YOUNG SR, DATE DECEMBER 11 2006

case# 03-257-T

V.

STATE OF RHODE ISLAND

THE PETITIONERS OBJECTION TO THE STATE ATTORNEY GENERAL OFFICE, OBJECTION FOR THE PETITIONERS MOTION TO AMEND 2254(new Petition --AND MOTIONS) THE STATE FILED THIS ON DECEMBER 7 2006; PETITIONER RECEIVED IT ON DECEMBER 11 2006;

Now comes the Petitioner EDWARD EUGENE YOUNG SR, To this Federal ,Court, to Object to the State Attorney General Office, Motion of Objection, For the Petitioner, To Amend And Correct ( the New 2254 Petition And Motions) For The reasons that set forth below accordingly; The Petitioner EDWARD EUGENE YOUNG SR, is asking what all is said in the said ( APPEAL) to this Federal Court as well as in the Motion to Amend And Correct ( THE NEW 2254 Petition And Motions) to let all Stand in this Federal and Grant in full this Appeal, motion to Amend and the New Petition as well as all the Motions; That is Dated From August 3 2005 to August 28 2006. That is Also On the Federal Court, Docket Text as Number's 13, to 23; That was put in to this Federal Court by the Petitioner, EDWARD EUGENE YOUNG SR, on the Date Of August 8 2005, as is Noted by the FederalCourt Clerk Mrs Lucia Leyva; The Petitioners Objection ( IS BASED ON THESE FACT'S) TO THIS FEDERAL COURT AT THIS TIME:

(1) The State ( Attorney General Office) is still useing the Magistrate Judge

Mr David L. Martin, Report And Recommendation that was on November 14 2006. Which is the States Bases to Object the Petitioners motion to Amend and Correct the(New 2254 Petition and Motions) When infact the Magistrate Judge Recommendation(is Based on his Statement To this Federal Court ) that the Petitioner EDWARD EUGENE YOUNG SR, Didnot ever put into this Federal Court a ( NEW PETITION AND MOTIONS) After the(2003 Petition that was Dismissed without prejudice and case closed on january 9 2004;)

(2) The Petitioners ( APPEAL) to this Federal Court, Is Infact, Telling This Federal Court; That a ( NEW 2254 Petition And Motions) was Put Into this Federal Court, ( After this 2003 Petition) that was Dismissed Without Prejudice on the Date Of Janaury 9 2004, and the Case Was Closed; And the 2254 New Petition And Motions was put into this Federal Court As of the Date August 8 2005, Which is on this Federal Court Docket Text; And(this Appeal) Which this Federal Court (has not, Made a Ruleing Was of yet) Where the Petitioner is Stateing--- That the Magistrate Judge Mr David L. Martin Did Infact(. ERROR) in that Recommendation to this Federal Court. By The Judge Not Even looking at or not even reading this ( 200 to 250 page New Petition and Motions) at all And "Therefore". The Attorney General Office, Should Not be able to use this for their reason to object. When this Federal Court, ( HAS NOT EVEN MADE A RULEING) on this matter in the Petitioners Appeal as of yet;

(3) The Legal Work ( Meaning) this New 2254 Petition And Motions) that was sent to this Federal Court, on the Date Of August 8 2005 to August 28 2006; Is in no way ( A PART OF THIS OLD 2003 PETITION) THAT WAS DISMISSED WITHOUT

Prejudice ( On January 9 2004); IT IS TWO DIFFERENT PETITION'S; in the Federal Court at this time, " BUT " by a problem at the ( A.C.I.) Prison. The Petitioner, Did Make the mistake and had Put ( His old 2003, case number on his New Petition and all motion's) That was sent to this Federal Court and now do have at this time, Which do also now show on the Federal Court, Docket Text, in the Number's on it as ( # 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,) These Number's is all about the ( NEW PETITION AND MOTION'S) that was put into this Federal Court(as of August 8 2005) And the New Petition in this Case Do Start With Number's 0, 00, of the Petition index and answer sheet, to the supreme court about this case, with the supreme court opinion on the case, and also with Exhibit's, which makes this ( NEW PETITION ) 200 to 250, page's long with the exhibit's A,B,C,D,E, 1,2,3; And if the justice, will please also look at this index and answer sheet, page's 0, 00, and look at the ( E ) and read it, this would let the justice see that this is a ( NEW PETITION) sent to this court;

(4) Justice this(Motion to Amend and Correct) The New 2254 Petition and Motion's is just asking this Federal Court,( to put a right case number) to this New Petition and all Motion's that was sent to this Federal Court, on the Date of August 8 2005 up to August 28 2006; Which all is the New Petition.

( Statement of the Petitioner to this Federal Court)

If On The Date Of August 8 2005, The Now Petitioner EDWARD EUGENE YOUNG SR, WOULD HAD, JUST PUT INTO THIS FEDERAL COURT,(THIS NOW NEW PETITION) THAT IS NOW HAVING THIS OPINION ON BY THIS COURT, " BUT " THE PETITIONER,(DIDNOT PUT HIS OLD CASE NUMBER ON IT) AND THIS COURT GOT IT WITHOUT IT ON IT. THEN WHAT WOULD THE CLERK OF COURT WOULD DO TO THIS PETITION AT THAT TIME ?

(1) THE CLERK, WOULD LOOK AT THE PETITION AND MOTION'S AND GIVE IT A CASE NUMBER AND FILE THE PETITION AND MOTION'S INTO THIS FEDERAL COURT:

And this is now the same problem at this time with this now ( NEW PETITION) Because ( ALL THAT IS REALLY NEEDED AT THIS TIME IS A NEW CASE NUMBER) FOR||THIS NOW NEW PETITION AND MOTION'S) " LOOK " IF THE PETITIONER, DIDNOT MAKE THIS MISTAKE AND PUT HIS OLD CASE NUMBER TO THIS NOW NEW PETITION AND MOTION'S ( THIS FEDERAL COURT, WOULD HAVE TO GIVE THIS NEW PETITION AND MOTION'S A CASE NUMBER, AND THAT IS ALL THIS MOTION TO AMEND AND CORRECT IS ASKING THIS FEDERAL COURT FOR: ( IS THE NEW CASE NUMBER) BECAUSE THIS FEDERAL COURT, SAID THAT I THE PETITIONER, CAN NOT USE THIS OLD CASE NUMBER---03-257-T; Then I Do Need a NewNumber ( FOR THIS NEW PETITION):

(5) And if this Federal Court, Will Also Read(The Petitioners Appeal ) To the Magistrate Judge Mr David L. Martin RECOMMENDATION and look at pages number 9, 10, 11, it do also infact make Statement's about this ( NEW PETITION AND MOTION'S) THAT WAS SENT INTO THIS FEDERAL COURT, ( AFTER THE CLOSEING OF THE 2003,PETITION ON JANUARY 9 2004;) also on this APPEAL, IT DO SHOW ALL THE NEW PAPER WORK THE NUMBER OF PAGES AND WHAT WAS SENT INTO THIS FEDERAL COURT, ( AS THE NEW PETITION AND MOTION'S) THAT HAS NO PART IN THIS 2003 PETITION AT ALL IN ANYWAY: IT IS ALL NEW LEGAL WORK, DONE IN THIS CASE AS OF AUGUST 8 2005, AND THERE IS INFACT A NEW PETITION THAT WAS SENT INTO THIS FEDERALCOURT IN THIS SAME DATE, THIS ONE IS IT: AND FOR THE ATTORNEY GENERAL OFFICE, TO TRY AND TELL THIS FEDERAL COURT, THAT THE PETITIONER, DIDNOT PUT IN TO THIS FEDERAL COURT, A ( NEW PETITION AND MOTION'S) AFTER THE(2003 PETITION) THAT WAS DISMISSED WITHOUT PREJUDICE, THEN THEY ARE STRAIGHT OUT LIEING TO THIS FEDERAL COURT. AND TRYING TO MISLEAD THIS COURT AS WELL, THAT IS ALSO PROSECUTION MISCONDUCT, TO THE PETITIONER AND WITHHOLDING EVIDENCE FROM THIS COURT: THE ATTORNEY GENERAL OFFICE DO KNOW THAT A ( NEW PETITION AND MOTION'S ) WAS SENT TO THEM AS WELL AS THE FEDERAL COURT, BUT DO HAVE THE WRONG CASE NUMBER ON IT AT THIS TIME,

AND IT JUST NEED THAT CASE NUMBER TOOK OFF THE NEW 2254 PETITION AS WELL AS ALL THE MOTION'S THAT WAS SENT INTO THIS FEDERAL COURT, AS OF THE DATE OF AUGUST 8 2005 up to August 28 2006; which is well after this(2003 Petition and Date) that is no part of the August 8 2006 Petition at all; And the Attorney General Office, Do Know this as well;

The New Petition that was sent into this Court on this Date should not have the case number 03-257-T on it at all; But the legal work was in your court on the one Year Time Frame, and all is needed is the right case number to be place on it by your court at this time;

it is a NEW PETITION AND MOTION'S ALL NEW LEGAL WORK DONE FOR YOUR COURT TO LOOK AT AND MAKE A JUDGEMENT ON, TIME IN IS AUGUST 8 2005 up to AUGUST 28 2006; and please read again the appeal that was put in to this Federal Court;

And for all the reasons that is Now Stated, in the above, the Petitioner ask this Federal Court, to make this Motion to Amend and Correct. the New 2254 Petition And All Motion's, the Appeal and anything Other with the Dates From August 8 2005 up August 28 2006. To Stand in your Federal Court;

Edward Eugene Young Sr

THE PRO-SE, PETITIONER EDWARD EUGENE YOUNG SR
MEDIUM ONE SECURITY, P.O. BOX 8274, D.R.
CRANSTON RHODE ISLAND 02920