UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD EUGENE YOUNG, SR., Petitioner<br><br>v.<br><br>STATE OF RHODE ISLAND, ASHBEL T. WALL, Respondents | CA No. 03-257-T |

**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR RECONSIDERATION**

Petitioner Edward Eugene Young, Sr., has appealed from the Order of Magistrate Judge Martin dated November 14, 2006 ("Memorandum and Order"), denying Petitioner's motion for reconsideration of an Order entered on February 7, 2006; and for a status conference.

The February 7 order denied several motions purportedly filed in this case and fully explained the reasons for denial, including the fact that petitioner persisted in filing motions after the case had been dismissed and after being advised, on several occasions, that he should file a new petition.

Since the Petitioner has failed to show that the Magistrate Judge's November 14 Order is clearly erroneous or contrary to law (See 28 U.S.C. § 636(b)(1)(A)) that Order is hereby AFFIRMED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: 2/23/07