UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD EUGENE YOUNG, SR., Petitioner<br>v.<br>STATE OF RHODE ISLAND, ASHBEL T. WALL, Respondents | CA No. 03-257-T |

**ORDER DENYING MOTION TO AMEND**

Edward Eugene Young Sr., has filed a motion to amend his 2254 petition and to assign it a new docket number.

Young's motion is hereby denied because, as repeatedly explained in orders denying other motions filed by Young, his § 2254 petition was dismissed without prejudice on January 27, 2005, and this case was closed. See, e.g., February 22, 2007 Order Affirming Magistrate Judge's Order Denying Motion for Reconsideration.

Even if the instant motion were viewed as a new § 2254 petition, it is untimely. See 28 U.S.C. § 2255, ¶ 6; see also Magistrate Judge Martin's Memorandum and Order dated November 14, 2006 at 5, n.7.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Sr. U.S. District Judge
Date: 2/23/07