(1)

Dear Clerk Of The Federal Court
to Mrs Lucia Leyva

Date January 17 2007
03 - 257 - T

I am typeing this to you because I have sent to your court a Amend Motion And a Objection Motion To The State Attorney General Office. Response to My Motion, It Is Going On Two Months With No Response From The Federal Court On Any Of This. I Am Not Understanding Why This Court, Just Don>t Give Me A New Case Number For This Case. I Know Now That I Was Not Suppose To Put(The Old Case Number) On the New Petition, And That Is Why I Have Put The Motion In To Amend The Petition. That Is For Me To Get the Right Case Number For This Case That Is In Your Court Now With The Date From august 8 2005 To august 28 2006.

All that is needed is a case number for the new petition that was sent to you>s on these Date>s. If there is more to this that has tobe done, Please let me know of anything more that got to be done in this case or petition. and or please give me the new case number for this petition, and a Date to come in to the federal Court And Talk in my Behalf in this case. ( PLEASE RESPOND BACK TO ME) THINK YOU

Edward Eugene Young Sr

PETITIONER EDWARD EUGENE YOUNG SR ( PRO - SE)
MEDIUM ONE SECURITY? D.R. P.O. Box 8274
CRANSTON R.I. 02920 I.D. 73534