UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

DATE March 5 2007

File Number- 03-257-T

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG SR, Plaintiff, | ) | |
| v. | ) | Notice Of Appeal |
| STATE OF RHODE ISLAND Defendant, | ) | |

Notice is hereby given that EDWARD EUGENE YOUNG SR .(plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the order entered in this action on the day of february 23 2007

edward Eugene young sr I.D 73534
Pro-Se

P.O. Box 8274
Medium Security Unit (DR)
Adult Corr. Inst.
Cranston, R.I. 02920