Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DLM

TO: Edward Eugene Young

RE: CA03-257T

Young v State of Rhode Island, et al.

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **4/4/2007**, and have made the following determination:

X I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

___ ______ Your document(s) are hereby refused and returned to you for the following reason(s):

_____1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

__X_ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_______6. All Checks must be made payable to **Clerk, U.S. District Court**.

_______ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_______8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_______9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

_____ 10.

ENTER:

David L Martin

United States Magistrate Judge
cc: Counsel of Record

Date: 4/5/07

LCL 4/4/07

TO THE UNITED STATES DISTRICT FEDERAL COURT, FOR THE DISTRICT OF RHODE ISLAND

(1)

DATE MARCH 30 2007

EDWARD EUGENE YOUNG SR, ( PRO - SE)

V. CASE# 03 -257 -T

THE STATE OF RHODE ISLAND

THE PETITIONERS MOTION FOR A CERTIFICATE OF APPEALABILITY

TO THE FIRST CIRCUIT COURT OF APPEALS:

Now comes the plaintiff EDWARD EUGENE YOUNG SR, in the pursuant of a certificate of a Appealability to the first circuit court of appeals, Rule 22(B)(1) under 28 U.S.C. & 2253(C). Or under the correct rule's of procedure for the certificate of appealability, from the Chief justice Ernest C. Torres. Final Judgment order that is dated February 23 2007, Affirming the Magistrate Judges order denying the motion for the reconsideration of the NEW 2254 PETITION that was Dated On August 8 2005, And also the order denying the motion to Amend and correct the NEW 2254 PETITION. With both motions having a Memorandum in the support of it and therefore, the plaintiff is now asking this Federal Court, to also include the required permission or statement to appeal to the first circuit court of appeals;

Edward Eugene Young Sr

EDWARD EUGENE YOUNG SR, ( PRO-SE) I.D. 73534

MEDIUM ONE SECURITY, P.O. BOX 8274 (DR)

CRANSTON RHODE ISLAND 02920