TO THE UNITED STATES DISTRICT FEDERAL COURT, FOR THE DISTRICT OF RHODE ISLAND

(1)

DATE MARCH 30 2007

EDWARD EUGENE YOUNG SR, ( PRO - SE)

V.

CASE# 03 -257 -T

THE STATE OF RHODE ISLAND

THE PETITIONERS MOTION FOR A CERTIFICATE OF APPEALABILITY
TO THE FIRST CIRCUIT COURT OF APPEALS:

Now comes the plaintiff EDWARD EUGENE YOUNG SR, in the pursuant of a certificate of a Appealability to the first circuit court of appeals, Rule 22(B)(1) under 28 U.S.C. & 2253(C). Or under the correct rule's of procedure for the certificate of appealability, from the Chief justice Ernest C. Torres. Final Judgment order that is dated February 23 2007, Affirming the Magistrate Judges order denying the motion for the reconsideration of the NEW 2254 PETITION that was Dated On August 8 2005, And also the order denying the motion to Amend and correct the NEW 2254 PETITION. With both motions having a Memorandum in the support of it and therefore, the plaintiff is now asking this Federal Court, to also include the required permission or statement to appeal to the first circuit court of appeals;

Edward Eugene Young Sr

EDWARD EUGENE YOUNG SR, ( PRO-SE) I.D. 73534

MEDIUM ONE SECURITY, P.O. BOX 8274 (DR)

CRANSTON RHODE ISLAND 02920

MEMORANDUM IN THE SUPPORT OF THE MOTION FOR APPEALABILITY

TO THE FIRST CIRCUIT COURT OF APPEALS:

(1) Because on the date of December 18 2003, a order was granted for the motion to dismiss application for writ of habeas corpus; denying petition by the Chief Justice Ernest C. Torres and this was mailed to all parties of record and was modified;

(2) On January 9 2004, The writ of the Habeas Corpus Petition was then closed, that was entered by clerk of the court R. Jackson;

(3) On August 8 2005, The motion to proceed in forma pauperis , and the writ of the Habeas corpus as well as the NEW 2254 PETITION with the attached memo by Edward Eugene Young Sr, was entered;

(4) On the Date Of August 8 2005, A Memorandum in the support of the NEW 2254 PETITION that was 38 page's long was entered;

(5) On the Date Of December 19 2005, A motion for a Declaratory Judgment and for a injunctive relief was entered;

(6) On the Date of December 29 2005, A Motion to vacate Judgment and to Expunge criminal record was entered on December 30 2005;

(7) On the Date of December 29 2005, A motion for a summary Judgment was entered on December 30 2005;

(8) On the date of December 29 2005, A MOTION FOR A APPOINTMENT FOR A CIVIL ATTORNEY WAS ENTERED ON DECEMBER 30 2005;

(9) On the date of January 24 2006, A motion to Dismiss case with prejudice for the prosecutioner failure to comply with the rule's of the civil procedures and for the failure to state a claim upon which relief can be granted; with a memorandum in the support of the motion.

(10) On the date of February 14 2006,A motion for the reconsideration of the February 7 2006, order denying the new 2254 petition and all the motion's, by the Chief Justice Ernest C. Torres with the memorandum in the support of the motion;

(11) On the Date of August 10 2006, A motion of a Memorandum in the support of the NEW 2254 PETITION, stating of the undisputed fact's and statement's of a genuine issue's of the new 2254 petition that the petitioner have sent to this Federal court;

(12) On the date of August a Motion for a status conference was put in to this Federal court with a memorandum in the support of the motion;

(13) On the date of August 24 2006, the petitioner objection to(the states) Objection, For the motion for the petitioners motion for the status conference with his memorandum in the support of it;

(14) On the Date of November 24 2006, A motion of appeal to the Federal Court, with the objection to the magistrate judge Mr David L. Martin memorandum order; with the memorandum in the support of the petitioners motion of appeal;

(15) On the date of November 28 2006, A motion to Amend and correct the new 2254 Petition and all the motion's as of August 8 2005;

(16) On the date of December 11 2006, the petitioners objection to the ( states objection) for the petitioners to motion for the Amend and correct the new 2245 petition and all motion's;

(17) On the Date of March 5 2007, A notice of appeal was sent to the Federal Court, for the petitioner to appeal to the first ciruit court of appeals;

Edward Eugene Young SR

EDWARD EUGENE YOUNG SR, I.D. 73534 ( PRO SE)

MEDIUM ONE SECURITY PO BOX 8274 (DR) CRANSTON RHODE ISLAND 02920