**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD EUGENE YOUNG,

Petitioner,

v. C.A. No. 03-257T

UNITED STATES OF AMERICA,

Respondent.

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

Petitioner's request for a Certificate of Appealability is denied because petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED:

Ernest C. Torres
United States District Judge
Date: April 18, 2007