Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 07-1650
DC RI No. 03-cv-0257

EDWARD EUGENE YOUNG, SR.
Petitioner - Appellant

v.

STATE OF RHODE ISLAND; ASHBEL T. WALL, Warden,
Adult Correctional Institution
Respondents - Appellees

**ORDER OF COURT**
ENTERED: June 7, 2007
Pursuant to 1st Cir. R. 27.0(d)

The authorization for appellate filing fees set forth in 28 U.S.C. § 1913 contains no exception for habeas appeals.

Appellant's letter dated May 31, 2007, construed as a request to enlarge the time for paying the $455.00 filing fee to the Clerk of the District Court of Rhode Island is granted. The time for appellant to pay the $455.00 fee or to apply for in forma pauperis status before the District Court of Rhode Island is enlarged to July 9, 2007.

This court cannot consider appellant's request for a certificate of appealability until appellant either pays the docket fee or complies with Fed.R.App.P. 24.0.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[Certified copy to Honorable Ernest C. Torres, David DiMarzio, Clerk, DC RI and cc: Mr. Young, Ms. Zurier]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: D Burchard Date: 6/7/07