UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 18, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***EDWARD EUGENE YOUNG V. STATE OF R.I.***
***USDC: CA03-257T USCA: 07-1615***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Fee Receipt; Cert. Copy of Docket.