(1)

EDWARD EUGENE YOUNG SR, ( PRO -SE) DATE JANUARY 13 2008

v. CASE # 03 - 257 -T

STATE OF RHODE ISLAND

MOTION TO PROCEED IN HIS CRIMNAL CASE

IN THE FEDERAL COURT :

NOW COMES THE PLAINTIFF EDWARD EUGENE YOUNG SR, Before this Federal Court To ask this Federal Court, If The Plaintiff can now Proceed in this Court With his Crimnal Appeal that has been before this court since the date of August 8 2005. That also have about (6) Motions as well as The New Petition that this Federal Court was asking the said plaintiff for Back on the Date Of August 8 2005. The plaintiff ask this Federal Court to Make a Judgment on the Merit's of the petition on this said Date and the Evidence of the about 200 page petition and Law's that is with the said petition ; Which start with a (2) page Index with the number's o and oo That do give the full information to this Federal Court that this court would need for the understanding of what the said petitioner is saying in the merit's of his fact's in this said appeal to this court; THE FACT IS FROM AUGUST 8 2005, ON DOWN ( LOOK AT YOUR DOCKET TEXT ) NUMBER 13 ON IS ALL THE NEW APPEAL PETITION, AND ABOUT (6) MOTIONS THAT IS WITH THE NEW PETITION : AND IF THIS FEDERAL COURT, STILL DON'T SEE THIS PETITION ALONG WITH THE MOTIONS. THEN PLEASE!! HAVE THE PLAINTIFF EDWARD EUGENE YOUNG SR, TO COME BEFORE THIS FEDERAL COURT, TO SHOW THIS PETITION TO YOUR COURT

That is also with the said motions that was sent to the Federal Court On August 8 2005. THe plaintiff ask this court to use these same motions and new petition to make the said Judgment of the plaintiffs innocents, of this charge and for the wrong that was done by conviction that should not of ever happen. And on any and all the merit's in this said petition and motions ;

AND FOR ALL THE REASON THAT IS STATED IN THE ABOVE MOTION,THE PLAINTIFF ASK THAT THIS MOTION BE GRANTED AND THE MERIT"S OF THIS SAID PETITION AND MOTION'S WOULD HAVE A Federal Judgment made on the true fact's and Evidence ;

Edward Eugene young Sr

EDWARD EUGENE YOUNG SR, I.D. 73534 ( PRO - SE )

MEDIUM ONE SECURITY E L 24

CRANSTON RHODE ISLAND 02920

To (clerk) Mrs Lucia Leyva

(0)

Do to the United States First Circuit Court Of Appeals Court Order Dated On JanUary 7 2008, For the plaintiff to come back to the Federal Court with his case at this time?

Edward eugene young sr

To Mrs Lucia Leyva Federal Clerk

Date January 13 2008

Case# 03 -257 -T

If you will please ( LOOK AGAIN ) at the Motion of Appeal to the Federal Court, with the Obection To the Magistrate Judge Mr David L Martin Memorandum Order, it is a 15 page motion. Now ( IF YOU ) look at the page's number's (9) " (10)" (11) This will show you all the motions that was sent to your court under this case# : IT WILL ALSO SHOW YOU ( THE NEW) PETITION AS OF AUGUST 8 2005 ; that was sent into your federal court on that Date and if also you would look at your Federal Court Docket Text, The number's that start at 13 on down is all of the new Motions and the new Petition :

Now I am asking you, IF I HAVE TO PUT IN ANOTHER PETITION AND MOTIONS OR IF THIS FEDERAL COURT, WILL USE THE PETITION AND THE MOTIONS THAT WAS SENT IN ON THE DATE OF AUGUST 8 2005;

PLEASE LET ME KNOW WHAT HAVE TO OR DON'T HAVE TO BE DONE NOW FOR THIS CASE TO GO FORWARD !

Edward Eugene Young Sr

EDWARD EUGENE YOUNG SR, I.D. 73534 ( PRO -SE)

MEDIUM ONE SECURITY P.O. BOX 8274 E L 24 B

CRANSTON RHODE ISLAND 02920