UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG, SR.,
Petitioner

C.A. No. 03-257T

v.

STATE OF RHODE ISLAND,
ASHBEL T. WALL,
Respondents

ORDER

Pursuant to the remand order by the First Circuit Court of Appeals, Edward Eugene Young's §2254 petition is hereby referred to Magistrate Judge David L. Martin for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(a).

ENTER:

Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: 1/23/08

BY ORDER:

Deputy Clerk

Date: 1/25/08