UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG, SR., Petitioner, | : | |
| v. | : | CA 03-257 T |
| STATE OF RHODE ISLAND, ASHBEL T. WALL, Respondents. | : | |

**ORDER DIRECTING STATE TO RESPOND TO PETITION**

The State of Rhode Island (the "State") is hereby directed to respond to the Petition under 28 USC § 2254 for Writ of Habeas Corpus by a Person in State Custody (the "Petition") originally filed by pro se Petitioner Edward Eugene Young, Sr. ("Petitioner"), on June 23, 2003, and refiled on August 8, 2005.[1] The State's response shall be filed on or before February 28, 2008.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 29, 2008

[1] The Court of Appeals for the First Circuit has remanded the matter to this Court and directed that this Court "treat the petitioner's August 8, 2005[,] motions nunc pro tunc as initiating a new habeas action and that the court thereafter undertake such proceedings in such case as it deems appropriate." Judgment (Doc. #45).