**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | **:** | |
| **Petitioner** | **:** | |
| | **:** | |
| **v.** | **:** | **C.A. 03-257 T** |
| | **:** | |
| **STATE OF RHODE ISLAND, et al.,** | **:** | |
| **Respondent** | **:** | |

**STATE'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

The Attorney General of the State of Rhode Island (the "State") hereby moves for additional time in which to respond to petitioner's memorandum in support of his petition for writ of habeas corpus. Pursuant to the Order issued by this Court, the State's response is currently due February 28, 2008. The State is requesting an extension until and including March 10, 2008.

The reasons for the State's request for additional time are as follows: The issues raised by petitioner's petition for writ of habeas corpus filed in August 2005 concern a trial that occurred in the mid-1990's; the direct appeal was decided in January of 2000. *See* State v. Young, 743 A.2d 1032 (R.I. 2000). Many of the the transcripts and related files are no longer stored on-site at the courthouse or in the Attorney General's office. The undersigned counsel is in the process of locating and gathering the pertinent files to use as a basis for responding to the habeas petition. The undersigned counsel requests the additional time (approximately ten days) to ensure that she has the time both to secure copies of the relevant records and also to review them and respond to petitioner's numerous allegations. It should be noted that petitioner's allegations are contained in two

separate documents, both of which were filed on August 3, 2005, but neither of which is in standard habeas petition format or signed under penalty of perjury. *See* Rules 2(c)(5) and 2(d) of the Rules Governing Section 2254 Cases.

For the foregoing reasons, the State respectfully requests that its motion to extend time for responding to petitioner's habeas petitions, until and including March 10, 2008, be granted.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier______________
**Lauren S. Zurier # 4496**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
lzurier@riag.ri.gov

Dated: February 13, 2008

## CERTIFICATION

I hereby certify that on the 13th day of February, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that on the 13th day of February, 2008, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edward Young, Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier_____________________