THE UNITED STATES DISTRICT COURT OF RHODE ISLAND

EDWARD EUGENE YOUNG SR ( PRO-SE) DATE FEBRUARY 14 2008

V CASE # 03-257-T

STATE OF RHODE ISLAND

PETITIONER RESPONSE TO THE STATES MOTION
TO EXTEND TIME IN WHICH FOR THEM TO
RESPONED TO PLAINTIFFS WRIT OF HABEAS CORPUS:

The petitioner, ask this Federal Court to infact ( DENY) the state of Rhode Island motion. For the reasons that is now stated by the petitioner ;

(1) " Because " for the states reason OF WANTING THIS ADDITIONAL TIME IS WITHOUT ANY MERIT AND THE STATE HAS ONCE AGAIN MADE ( PERJURY ) WITHIN THEIR STATEMRNTS TO THIS FEDERAL COURT " BECAUSE " IT WAS THE STATE OF RHODE ISLAND THAT HAD STOPED THIS CASE FROM THE JUDGMRNT IN THIS FEDERAL COURT. BACK IN 2003 with a motion to Dismiss FOR LACK OF EXHANSTION OF REMEDIES 8/26/2003; AND ON NOVEMBER 25 2003 THAT MOTION WAS GRANTED BY JUDGE MARTIN AND ALL TRANSCRIPTS AND RELATED FILES WAS GIVEN TO THE STATE AND TO YOUR COURT THE PLAINTIFF DO INFACT BELIEVE :

(2) THE STATE IS MISS INFORATIONING THIS FEDERAL COURT WHEN STATEING THAT A DIRECT APPEAL IN JANUARY OF 2000, WAS INFACT ALL THAT THEY HAD TO GO BY IN THIS CASE

WHEN INFACT BRCAUSE OF THE STATES MOTION TO DISMISS WAS GEANTED ON NOVEMBER 25 2003, THE PETITIONER THEN HAD TO GO BACK TO THE STATE COURT, AND " THEREFORE " THE DIRECT APPEAL WAS INFACT ON ( JULY 1 2005 ) AND NOT IN 2000 ; THE SUPREME COURT CASE # NO. 2003 - 454 - C.A. (PM 00 - 4625)

THAT ALSO SHOULD BE IN THE PLAINTIFFS AUGUST 8 2005 APPEAL TO THIS COURT :

(3) AND THE PLAINTIFF IS STATING THAT ONCE AGAIN THAT ANYTHING IN THE PLAINTIFFS APPEAL TO THIS FEDERAL COURT, IS INFACT BECAUSE OF THE STATE MOTIONS AND/OR REQUESTS TO THIS FEDERAL COURT, TO MAKE THE PLAINTIFF TO RESPOND IN THAT WAY. AND ANYTHING THAT WAS USED FOR A DEFENSE IN THIS PETITION BY THE PLAINTIFF WAS FROM STATMENTS FROM THE VICTIM , WITENESSES, TRIAL TRANSCRIPTS WHICH WAS GIVEN TO THE FEDERAL COURT AND TO THE ATTORNEY GENERAL OFFICE AND FROM THE POST-CONVICTION STATMENTS OR TRANSCRAPTS AND THE ( DIRECT APPEAL OF JULY 1 2005 ) WITH ANYTHING BY THE D.C.Y.F. WORKER OR STATMENTS THAT WAS GIVEN TO HER ABOUT THE MATTERS IN THIS CASEAND PETITION. WHICH I THE PETITIONER DO HAVE THE FULL LEGAL RIGHT TO USE IN THIS PETITION.

(4) THE PETITIONER IN LEARING SOME WHAT OR THE RHODE ISLAND LAW, DO KNOW THAT ANY CASE OR PETITION THAT HAS A HAND WRITTEN CERTIFICATION NAME ON IT WILL BE MORE THEN ENOUGH FOR A PENALTY OF PERJURY IF INFACT THRIR WAS A PERJURY STATMENT MADE :

(5) THE PETITIONER, DON'T UNDERSTAND OF THE FACT THAT THE VICTIM AND THE ATTORNEY GRNERAL OFFICE AND WITNRSSES, HAVE INFACT MADE PERJURY IN THEIR STATMENTS TO THE COURT OVER AND OVER AGAIN AND NOT ANYTHING HAPPEN TO THEM FOR A PENALTY:

FOR ALL THE REASONS THAT IS STATED IN THE ABOUVE THE PLAINTIFF ASK THAT YOU DRNY THE MOTION

Edward Eugene Young Sr