(1)

PROVIDENCE SC

FEDERAL COURT

DATE JULY 18 2008

case # 03 - 257 - T

EDWARD EUGENE YOUNG SR, ( PRO -SE)

V

STATE OF RHODE ISLAND

MOTION TO VACATE TRIAL JUDGMENT AND(EXSPONGE AND SEAL ) PLAINTIFFS CRIMINAL RECORD :

Now comes the Plaintiff EDWARD EUGENE YOUNG SR, IN HIS MOTION IN THE PURSUANT TO THE RHODE GENERAL LAWS AND FEDERAL AND CIVIL PROCEDURE: In asking this honorable Federal court, to grant his motion for the Vacation of his prison sentence and Exspongment and seal of his criminal Record ; DO TO THE UNDISPUTED FACT'S OF THE GENUINE ISSUE'S OF HIS CASE THAT IS BEFORE THIS HONORABLE FEDERAL COURT, IN THE PLAINTIFFS APPEAL TO YOUR COURT.

Edward Eugene young SR

EDWARD EUGENE YOUNG SR, ( PRO -SE) I.D. [redacted] ( E L )

73534 MEDIUM ONE SECURITY, O.P. BOX 8274

CRANSTON RHODE ISLAND 02920