(1)

PROVIDENCE SC

FEDERAL COURT

DATE JULY 18 2008

case # 03 - 257 - T

EDWARD EUGENE YOUNG SR ( PRO - SE )

V.

STATE OF RHODE ISLAND

MOTION FOR SUMMARY JUDGMENT OF THE

MERIT'S, RULE 12 (C) of the civil procedure ;

Now comes the plaintiff, EDWARD EUGENE YOUNG SR, IN THE PURSUANT TO rule 12 (C) of the Rhode Island general law.,and the Federal Rules of the Civil procedure. And the plaintiff do ask this Federal Court, to grant his motion for Summary Judgment, Rule 12 (C) Because of the Undisputed and Fact's and statement's of the genuine issue's in his last Response, to the ( STATES ) FOR A FEDERAL APPEAL AND A EVIDENTIARY HEARING !!! THAT WAS SENT TO YOUR COURT ON THE DATE OF FEBRUARY 29 2008 ; THE PLAINTIFF ASK THIS FEDERAL COURT,(TO VIEW ) " THE PAGE'S (4) (5) OF THAT RESPONSE AS THE ( TOP ISSUE'S ) IN THE MATTER OF MERIT FOR THIS SUMMARY JUDGMENT RULE 12 (C) MOTION : " BUT " also please look at all part's of all the Issue's in that Response to this Honorable Federal Court With the plaintiffs Issue's in his Appeal and Motion's ;

Edward Eugene Young SR