**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD E. YOUNG, Sr.,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 03-257 T** |
| | : | |
| **STATE OF RHODE ISLAND, et al.** | : | |
| **Respondent** | : | |

**<u>STATE'S OBJECTION TO PETITIONER'S</u>**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Petitioner has this date filed a one-page motion with the caption "Motion for Summary Judgment of the Merits, Rule 12(c) of the Civil Procedure." The basic tenor of this motion is that this Court should decide the issues raised in petitioner's filings pending since February 2008 in petitioner's favor. The State responded to petitioner's claims in a document entitled "State's Response to Petitioner's Petition for Writ of Habeas Corpus," which was electronically filed with this Court on February 25, 2008, and is listed as docket entry # 52. In the State's *Response*, the State requests that petitioner's habeas petition be denied and dismissed with prejudice as to all claims.

The State appreciates that petitioner may be impatient with the fact that the Court has not resolved his pending motions; however, the fact remains that the issues have been briefed for decision and will be decided in due course, when the Court's docket and schedule permit it to consider the matter. Petitioner's new motion for summary judgment is redundant and inappropriate, and should be denied.

## Conclusion

For the foregoing reasons, the State respectfully requests that petitioner's "Motion for Summary Judgment of the Merits, Rule 12(c) of the Civil Procedure" be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier______________
**Lauren S. Zurier # 4496**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
lzurier@riag.ri.gov

Dated: July 21, 2008

## CERTIFICATION

I hereby certify that on the 21st day of July, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that on the 21st day of July, 2008, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edward Young, Pro-Se, Adult Correctional Institutions, P.O. Box 8274, Cranston, R.I., 02920.

/s/ Lauren S. Zurier_____________________