EDWARD EUGENE YOUNG SR, ( PRO - SE) DATE JULY 27 2008

v case # 03 - 257 -T

STATE OF RHODE ISLAND

PLAINTIFF RESPONSE TO THE STATES

OBJECTION FOR THE SUMMARY JUDGMENT

RULE 12 (C) ON THE MERITS :

OF THE STATES RESPONSE TO HABEAS CORPUS:

NOW COMES THE PLAINTIFF EDWARD EUGENE YOUNG SR, IN RESPONSE TO ( THE STATE, OBJECTION ) FOR SUMMARY JUDGMENT RULE 12 (C) :

THE PLAINTIFF STATES -- THAT THE STATE IS WITHOUT MERIT IN OBJECTION TO THE PLAINTIFF. AND IS WITHOUT MERIT IN STATING THAT THE PLAINTIFF MOTION FOR SUMMARY JUDGMENT IS REDUNDONT AND INAPPROPRIATE AND SHOULD BE DENIED. DO TO THE FACT THIS SUMMARY JUDGMENT RULE 12 (C) . DON'T REALLY HAVE ANYTHING TO DO WITH THE FULL EVIDENCE AND EXCHIBITS IN THE PLAINTIFFS APPEAL TO THIS FEDERAL COURT, AND THE PLAINTIFF IS PATIENT IN THE FACT THAT THE COURT WILL ANSWER TO THE APPEAL IN THIS FEDERAL COURT. ALSO THE PLAINTIFF DON'T WANT TO DELAY OR STOP THIS COURT IN MAKING A JUDGMENT : HE ALSO DON'T BELIEVE THAT THE STATE WOULD WANT TO DELAY OR STOP THIS FEDERAL COURT FROM MAKING A JUDGMENT IN THIS CASE : THE PLAINTIFF DO BELIEVE THAT THIS RULE 12 (C) IS ASKING THIS FEDERAL COURT, TO LOOK AT PAGE (4) OF HIS SUMMARY JUDGMENT # 0 #1 and PAGE (5) #2 #3 ( WITH #1 ) being

THE

THE TOP ISSUE OF THIS RULE 12 (C) BECAUSE THIS IS THE ONLY REASON ( THE STATE ) GOT THIS CONVICTION ON THE PLAINTIFF IN THIS CASE. WHICH THE PLAINTIFF IS STATING --- IS PROSECUTOR MISCONDUCT !! BECAUSE(THE PROSECUTOR LIED ) TO GET THIS CONVICTION ON THE ON THE PLAINTIFF. DO TO THE FACT THAT THE VICTIM, NEVER,EVER , MADE THE LATER STATEMENT SAYING ---- THAT THE PLAINTIFF EVER TOUCHED HER SEXUALLY AT ANY TIME IN A LATER STATMENT TO THE D.C.Y.F. WORKER MS DANCE OR TO THE PROSECUTOR. AND THE PLAINTIFF IS ASKING THIS FEDERAL COURT, IN THIS RULE 12 (C) TO LOOK AT THAT FACT IN ITSELF,AND TO ASK THE ( STATE ) TO SHOW THE COURT, THE LATER STATEMENT THAT WAS MADE BY THE VICTIM STATEING THAT THE PLAINTIFF HAD TOUCHED HER. AS THE PROSECUTOR HAD STATED IN HIS STATEMENT TO THE COURT, " BUT " NEVER EVER SHOWED ANY EVIDENCE OR THE STATEMENT THAT WAS MADE BY THE VICTIM, BUT DID GET A CONVICTION BECAUSE OF THAT FACT: THE PLAINTIFF IS SUPPOSE TO HAVE ANY AND ALL STATEMENT'S AND / OR EVIDENCE THAT IS AS PART OF HIS CASE. AND IF INFACT THIS STATEMENT WAS NOT MADE BY THE VICTIM, THEN THAT(IS INFACT PROSECTION MISCONDUCT) AS THE PLAINTIFF HAVE BEEN SAYING ALL ALONG TO THIS COURT, AND THE VACATE SHOULD BE MADE AND RECORD EXPUNGE AND SEALED : THIS IS ALSO IN RESPONSE OF EVIDENCE BY THE PLAINTIFF, TO THIS FEDERAL COURT, FROM ( THE STATE ) RESPONSE FOR HABEAS CORPUS, IN ONE STATEMENT MADE BY THE STATE . IN THAT RESPONSE ON PAGE 17 D STATEING THAT THE PLAINTIFF FAIL TO PRESENT ANY CLEAR AND CONVINCING EVIDENCE IN REBUTTAL :

RULE 12(c)

this RULE SHALL BE HEARD AND DETERMINED BEFOR TRIAL ON APPLICATION OF ANY PARTY, UNLESS THE COURT ORDERS THAT THE HEARING AND DETERMINATION THEROF BE DEFERRED UNTIL THE TRIAL :

AND FOR THE REASONS THAT IS STATED IN THE ABOVE THIS FEDERAL COURT, SHOULD GRANT ALL MOTIONS AND THE STATE SHOULD ANSWER TO THE MOTIONS :

Edward Eugene Young Sr I.D. 73534

EDWARD EUGENE YOUNG SR, ( PRO - SE)