UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG, SR.

          v.                      CA No. 03-257-T

STATE OF RHODE ISLAND, ET AL.

### ORDER

For reasons set forth in Magistrate Judge Martin's comprehensive Report and Recommendation dated November 25, 2008 and his additional Report and Recommendation dated November 26, 2008, all of the motions that were the subject of the aforesaid Reports and Recommendations are denied and the plaintiff's § 2254 petition is denied and dismissed.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: Dec. 22, 2008