## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

EDWARD E. YOUNG, SR.,
PETITIONER,

v.                                                              C.A. No. 03-257T

STATE OF RHODE ISLAND, ET AL.,
RESPONDENTS.

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Pursuant to the December 22, 2008 Order of this Court, judgment hereby enters for the Respondents State of Rhode Island and Ashbel T. Wall and against Petitioner Edward E. Young, Sr.

Enter:

/s/Ryan H. Jackson

Deputy Clerk

Dated: March 5th, 2009