UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG,

    Petitioner,

    v.                    C.A. No. 03-257T

UNITED STATES OF AMERICA,

    Respondent.

### ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

    Petitioner's request for a Certificate of Appealability is denied because petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED:

_Ernest C. Torres_ (signature)
Ernest C. Torres
United States District Judge
Date: March 9, 2009